```
NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
RICHARD M. PARK (SBN 236173)
Assistant United States Attorney
      Room 7516, Federal Building
      300 North Los Angeles Street
      Los Angeles, California 90012
      Tel: (213) 894-3275
      Fax: (213) 894-7819
      Email: richard.park@usdoj.gov

Attorneys for Defendants
United States of America,
United States Forestry San Bernardino
National Forest, Mark Snyder, and Deveree Kopp[1]
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN ANDRES ACOSTA,<br><br>           Plaintiff,<br><br>      vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>           Defendants. | Case No. EDCV 18-369 CJC (KS)<br><br>[PROPOSED] ORDER APPROVING EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE AN ANSWER OR MOTION<br><br>Honorable Karen L. Stevenson<br>United States Magistrate Judge |

---

[1] Defendants United States, United States Forestry San Bernardino National Forest, Mark Snyder, and Deveree Kopp are the only defendants who have been properly served in this case.

Having reviewed the Ex Parte Application for an Extension Of Time To File An Answer Or Motion, and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendants United States of America, United States Forestry San Bernardino National Forest, Mark Snyder, and Deveree Kopp have until June 19, 2018 to answer, move, or otherwise respond to Plaintiff's Complaint.

DATED: May 3, 2018

_____
HONORABLE KAREN L. STEVENSON
United States Magistrate Judge