FILED

1  joaquin andres acosta

2  PO BOX 2889

3  Big Bear Lake, California

2018 MAY -9 PM 12:00

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

United States District Court

Central District of California - Los Angeles

| | |
|---|---|
| joaquin andres acosta | Case No. EDCV18-00369 |
| v. | Claimant: joaquin andres acosta's |
| United States of America, et al. | REQUEST FOR CLERK TO ENTER DEFAULT UNDER RULE 55(a) |

FAX FILE

### Declaration

TO DEFENDANT/RESPONDENT, DEFENDANT/RESPONDENT'S COUNSEL and OTHER INTERESTED PARTIES:

The Clerk is to enter default against Defendant/Respondent EILEEN DECKER forthwith.

Claimant/Plaintiff filed the claim/complaint on Twenty-first day of February, in the Year Two thousand eighteen (2/21/2018).

The Summons and Claim/complaint was served on Defendant/Respondent EILEEN DECKER on the Sixth day of March, in the Year of Our Lord, Two-thousand eighteen (3/6/2018) by an authorized agent: Genoveva Ortega/US Attorney's Office Clerk, Authorized to receive process, 300 N. Los Angeles Street, Los Angeles, CA 90012.

A copy of the proof of service is annexed hereto.

The time for filing an answer or other responsive pleading expired on the Sixth of May, in the Year of Our Lord, Two-thousand eighteen (5/6/2018).

No answer or other responsive pleading has been filed or served by Defendant/Respondent EILEEN DECKER.

1  The Federal Rules of Civil Procedure, Rule 55(a) requires:

2  "Entering a Default. **When a party against whom a judgment for affirmative relief
3  is sought has failed to plead or otherwise defend**, and **that failure is shown by
   affidavit or otherwise, THE CLERK MUST enter the party's default.**"
4

5  Please note, that Rule 55(a) says "by affidavit or OTHERWISE." Otherwise, this means that
   no affidavit is required, because of the use of the term "OR OTHERWISE." OR
6  OTHERWISE does not mean one has to have a declaration or affidavit in support.

7  **THIS IS NOT A REQUEST FOR DEFAULT JUDGMENT, which DOES REQUIRE
8  AN AFFIDAVIT** under Rule 55(B)(1) and/or (2);

9  **THIS IS NOT A MOTION FOR ENTRY OF DEFAULT either !**
10

11 Wherefore, Claimant/Plaintiff requires the clerk of the court enter a default against this the
12 non-responsive Defendant: EILEEN DECKER.

13 Certified (under penalty of perjury) this __9__ day of May, in the Year of Our Lord, Two-
14 thousand eighteen.

15                                              By: _/s/ Joaquin Andres Acosta_
                                                     joaquin andres acosta.
16

17 Annexation(s):

18     Proof of Service re Eileen Decker.

19
20
21
22
23
24
25
26
27
28                                  Page 2 of 2