UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   EDCV 18-0369-CJC (KS)                                    Date: May 24, 2018

Title   *Joaquin Andres Acosta v. United States of America, et al.*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Roxanne Horan-Walker | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

**Proceedings:   (IN CHAMBERS) ORDER DENYING *EX PARTE* APPLICATION TO VACATE**

On February 21, 2018, Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 28 U.S.C. § 1983 against nine defendants, including Deveree Kopp and Mark Snyder in their individual capacities. (Dkt. No. 1.) On March 14, 2018, the Court issued an order directing Plaintiff to proceed with service of the summons and complaint on the named defendants. (Dkt. No. 8.) On May 2, 2018, the Court received an *Ex Parte* Application for Order of Extension of Time to File an Answer or Motion on behalf of defendants Deveree Kopp, Mark Snyder, United States Forestry San Bernardino National Forest, and the United States of America. (Dkt. No. 18.) On May 3, 2018, the Court issued an Order Approving the *Ex Parte* Application for an Extension of Time and ordered the associated defendants to file an answer or motion by June 19, 2018. (Dkt. No. 19.)

The Court is now in receipt of Plaintiff's *Ex Parte* Application to Vacate requesting the Court vacate its Order Approving the *Ex Parte* Application for an Extension of Time and enter defaults against the associated defendants. (Dkt. No. 23.) To warrant *ex parte* relief, a requesting party must first show it will be "irreparably prejudiced" if the underlying motion is heard as a regularly calendared proceeding. *See Mission Power Engineering Co. v. Continental Cas. Co.*, 883 F. Supp. 488, 492 (C.D.Cal. 1995). Plaintiff makes no such showing here.
//
//
//
//

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  EDCV 18-0369-CJC (KS)                                              Date: May 24, 2018

Title   *Joaquin Andres Acosta v. United States of America, et al.*

Accordingly, Plaintiff's *Ex Parte* Application to Vacate is DENIED.

**IT IS SO ORDERED**

                                                                                            :
                                                            **Initials of Preparer**   rhw