| | |
|---|---|
| 1 | Joaquin Andres Acosta |
| 2 | PO Box 2889 |
| 3 | Big Bear Lake, California |

FILED
2018 JUN 28 PM 3:42
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY: ___

CJC (ADS)

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES

| | |
|---|---|
| Joaquin Andres Acosta, my heirs, successors, assigns and agents, Claimant(s)[Plaintiff(s)] | Civil Actions No. EDCV18-00369 |
| | Ref. No. or File No. 18004048 |
| v. | |
| | **REQUESTS FOR** |
| United States of America; | **ENTRIES OF DEFAULT** |
| U.S. Forestry San Bernardino National Forest; | |
| United States Attorney General; | United States of America; |
| United States Deputy General Anwar Kahn, and his domestic partner/spouse; | U.S. Forestry San Bernardino National Forest; |
| Mark R. Snyder, and his domestic partner / spouse; | United States Attorney General; |
| Eileen M. Decker, and her domestic partner / spouse; | United States Deputy General Anwar Kahn, and his domestic partner/spouse; |
| Joseph B. Widman, and his domestic partner / spouse; | Mark R. Snyder, and his domestic partner / spouse; |
| Deveree Kopp, and her domestic partner / spouse; | Eileen M. Decker, and her domestic partner / spouse; |
| Unknown men/women, and each of their assumed/presumed betrotheds/spouses, and/or domestic partners who assisted the above identified individuals; etc; etc; etc. | Joseph B. Widman, and his domestic partner / spouse; |
| | Deveree Kopp, and her domestic partner / spouse; |

## REQUESTS FOR ENTRIES OF DEFAULTS

### Declaration

Comes now Joaquin Andres Acosta, my heirs, successors, assigns and agents and hereby requests the Clerk/deputy clerk(s) to enter defaults against the respondents/defendants:

United States of America,

U.S. Forestry San Bernardino National Forest,

United States Attorney General,

United States Deputy General Anwar Kahn, and his domestic partner/spouse;

Mark R. Snyder, and his domestic partner / spouse;

Eileen Decker, and her domestic partner / spouse; Joseph B. Widman, and his domestic partner / spouse;

Deveree Kopp, and her domestic partner / spouse, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Procedure.

### Rule 55(a)

Rule 55(a) provides: (a) Entering a Default. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit **or otherwise**, the clerk **must enter the party's default**.

The foregoing persons (men and women):

Deveree Kopp, and her domestic partner / spouse failed to respond or otherwise defend against the lawsuit after having a 45 day extension granted to her. Her last date to respond was June 19, 2018. See Docket No. 19.

Mark R. Snyder, and his domestic partner / spounse failed to respond or otherwise defend against the lawsuit after having a 45 day extension granted to him. His last date to respond or otherwise defend, was June 19, 2018. See Docket No. 19.

United States of America failed to respond or otherwise defend against the lawsuit. The last day for responding or defending against the lawsuit was May 6, 2018. The United States did not receive any extension. This is our second request to enter default against this party.

U.S. Forestry San Bernardino National Forest failed to respond or otherwise defend against the lawsuit. The last day for responding or defending against the lawsuit was May 6, 2018. The U.S. Forestry San Bernardino National Forest did not receive any extension. This is our second request to enter default against this party.

United States Attorney General failed to respond or otherwise defend against the lawsuit. The last day for responding or defending against the lawsuit was May 6, 2018. The United States Attorney General did not receive any extension. This is our second request to enter default against this party.

United States Deputy General Anwar Kahn and his domestic partner/spouse failed to respond or otherwise defend against the lawsuit. The last day for responding or defending against the lawsuit was May 6, 2018. Anwar Kahn did not receive any extension. This is our second request to enter default against this party.

Eileen Decker, and her domestic partner / spouse and his domestic partner/spouse failed to respond or otherwise defend against the lawsuit. The last day for responding or defending against the lawsuit was May 6, 2018. Eileen Decker did not receive any extension. This is our second request to enter default against this party.

Joseph B. Widman, and his domestic partner / spouse failed to respond or otherwise defend against the lawsuit. The last day for responding or defending against the lawsuit was May 6, 2018. Joseph B. Widman did not receive any extension. This is our second request to enter default against this party.

Rule 55(a) identifies two different items in order for the clerk to enter defaults: "by affidavit or otherwise". This declaration is under the "otherwise" portion of Rule 55(a). Therefore,

1 | no affidavit is required for entries of defaults to be performed.
2 |
3 | Based on my personal knowledge, information and belief. For those items under belief, I
4 | believe them to be true. Under penalty of perjury; and, as a matter of Right.
5 |
6 | This __28__ day of June, two thousand eighteen.
7 |
8 | *[signature]* Joaquin Andres Acosta, my heirs, successors
9 | assigns and agents.
10 | PO Box 2889, Big Bear Lake, California.
11 | Return of Summonses are annexed hereto.