UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:18-0369 CJC (ADS)                                      Date:  July 23, 2018

Title:  *Joaquin Andres Acosta v. United States of America, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO CONTINUE MOTION HEARING DATE, VACATING HEARING, AND REQUIRING SERVICE**

On July 18, 2018, the Court received Defendants', United States, United States Forestry San Bernardino National Forest, Mark Snyder and Deveree Kopp, Ex Parte Application to Continue Motions Hearing Date to August 15, 2018. [Docket No. 42]. Defendants' request is GRANTED.

Further, the Court finds that Defendant's Motion to Dismiss, Plaintiff's Motion for Entry of Default and Default Judgment, Plaintiff's Motion for Order of Publication of Summons of Anwar Kahn, and Plaintiff's Motion to Strike Motion to Dismiss are suitable for consideration without oral argument. The motions are hereby to be taken off of the hearing calendar. See L.R. 7-15. Parties are to follow filing deadlines set forth in the Local Rules based on a hearing date of August 15, 2018. See L.R. 7-9, 7-10. An opposition, if any, to the motions must be filed and served no later than July 25, 2018. A reply, if any, to the opposition must be filed and served no later than August 1, 2018.

According to the proof of service for Plaintiff's Motion for Default and Default Judgment and Motion to Strike, Plaintiff failed to properly serve a copy of the motions on the Defendants. It is Plaintiff's obligation to serve a copy of all papers filed with the Court to each Defendant. Because Plaintiff, as a pro se litigant, presents documents to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:18-0369 CJC (ADS)                                           Date:  July 23, 2018

Title:  *Joaquin Andres Acosta v. United States of America, et al.*

the Clerk for filing or lodging in paper format, Plaintiff must serve Defendants in accordance with Rule 5 of the Federal Rules of Civil Procedure.  <u>See</u> L.R. 5-3.1.1; Fed. R. Civ. P. 5.

Further, in Plaintiff's proof of service, Plaintiff states, "Since the other non-responding defendants have failed to answer, Notice is not required to be given to them." [Docket Nos. 38, 39].  However, Local Rule 5-3.1.1 and Rule 5 of the Federal Rules of Civil Procedure do not excuse service unless the Court has entered default for failure to appear.  Under the circumstances of this case, and the lack of likely prejudice to the Defendants, the Court will excuse Plaintiff's failure on this occasion.

Plaintiff is hereby advised that there are Federal Pro Se Clinics, each administered by non-profit law firms, which offer on-site information and guidance to individuals proceeding pro se.  There are three Clinic locations in Los Angeles, Riverside and Santa Ana.  Additional information about the clinics is available at http://prose.cacd.uscourts.gov/federal-pro-se-clinics.

**IT IS SO ORDERED.**

Initials of Clerk <u>kh</u>