UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   5:18–cv–00369–CJC–ADS        Date    11/14/2018

Title    JOAQUIN ANDRES ACOSTA V. UNITED STATES OF AMERICA ET AL

Present:   The Honorable   Autumn D. Spaeth  , U. S. Magistrate Judge

| Kristee Hopkins | CS 11/14/2018 |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Joaquin Andres Acosta, pro se | Richard M. Park, AUSA |

**Proceedings:**   1) PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT; 2) PLAINTIFF'S MOTION TO STRIKE MOTION TO DISMISS; 3) PLAINTIFF'S MOTION FOR SERVICE BY PUBLICATION

   Cause is called for hearing and appearances are entered. Hearing held. Plaintiffs Motion for Entry of Default [38], [51] is DENIED. Defendant United States Attorney General shall file a responsive pleading by December 14, 2018. Plaintiff's Motion to Strike Motion to Dismiss [40] is DENIED. Plaintiff's Motion for Service by Publication [39], [52] is DENIED WITHOUT PREJUDIC.

:40

Initials of Preparer:  kh