UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN ANDRES ACOSTA,<br><br>                Plaintiff,<br><br>                v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                Defendants. | Case No. 5:18-cv-00369 CJC (ADS)<br><br>ORDER REQUIRING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT BY NO LATER THAN JANUARY 18, 2019 AND TO SERVE ALL DEFENDANTS BY NO LATER THAN JANUARY 25, 2019 |

      On December 12, 2018, the Court held a hearing on the pending Motion to Dismiss the Complaint. [Dkt. No. 28]. Plaintiff, proceeding pro se, and counsel for the moving defendants appeared before the Court. During the hearing, noting ambiguities in the Plaintiff's filings, the Court requested additional information from Plaintiff to clarify certain aspects of the Complaint. Specifically, the Court requested that Plaintiff clearly identify all defendants, the causes of action asserted against each defendant, the factual allegations relating to each individual defendant, and whether each defendant is

sued in their individual and/or official capacities.  Plaintiff being unable to do so during the hearing, the Court set forth the following scheduling order:

Plaintiff shall file a First Amended Complaint **by no later than January 18, 2019**.  Plaintiff's First Amended Complaint must clearly identify the following:

(1) the names of all defendants;

(2) whether each defendant is sued in his or her individual capacity or official capacity, or both;

(3) the causes of action that are being asserted against each defendant;

(4) whether Plaintiff is asserting a claim under the Federal Tort Claims Act ("FTCA"), and if so, whether Plaintiff has exhausted his administrative remedies pursuant to 28 U.S.C. § 2401(b) and 28 U.S.C. § 2675(a));

(5) the factual basis for each claim against each defendant; and

(6) whether Plaintiff seeks to continue to assert a Section 1983 claim against the defendants or have the claim treated as a <u>Bivens</u> action.

Furthermore, the Court set the deadline for Plaintiff to serve all defendants against whom he intends to proceed with the summons and First Amended Complaint **by no later than January 25, 2019**.  Plaintiff must file a Proof of Service of the summons and First Amended Complaint within ten (10) days of service.  Plaintiff is warned that failure to effectuate service and file an appropriate Proof of Service with respect to any defendant by the required date will result in the dismissal of all claims against that defendant.

IT IS SO ORDERED.

Dated:   December 12, 2018            /s/ Autumn D. Spaeth
                                      THE HONORABLE AUTUMN D. SPAETH
                                      United States Magistrate Judge