

FILED

2019 JAN 25 PM 3:58

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY _____

1  joaquin andres acosta
2  PO Box 2889
3  Big Bear Lake, California

District Court for the United States of America

Central district of California

| | |
|---|---|
| joaquin andres acosta, my heirs, successors, assigns and agents<br><br>v.<br><br>United States, United States Attorney General, United States Deputy Attorney Anwar Kahn and his domestic partner/spouse, Mark R. Snyder and his domestic partner/spouse, Eileen M. Decker and her domestic Partner/spouse, Joseph B. Widman and his domestic partner/spouse, Deveree Kopp, and her domestic partner/spouse, Unknown men/women, and each of their Assumed/presumed betrothed/spouse and or domestic partners who assisted the above identified individuals. | No. 5:18-cv-00369 CJC (ADS)<br><br>Courtesy Notice re "No-Assent, Consent to, or Agreement" to 'Unsigned Document, Docket No. 63, purporting to be a Court Order" "requiring plaintiff to file a first amended complaint by no later than January 18, 2019 and to serve all defendants by no later than January 25, 2019.'" |

joaquin andres acosta, my heirs, successors, assigns and agents have met and conferred and hereby give notice that we individual, jointly and collectively have reviewed the proposed action suggested by Autumn D. Spaeth in her paper dated December 12, 2018, and find all of the following true:

1. This District Court is a federal Court, wherein Claimants have sought redress under the federal Constitution (1789) as amended until 1861.

2. This District Court is situated in the forum California Republic.

3. This District Court under the Erie Doctrine, is required to comply with the forum state's Constitution, Laws, Statutes, Rules, Regulations and Procedures, like it is required to also comply with the Judiciary Act of 1789, the Federal Civil Rules of Procedure, unless they conflict with California Constitution, Statutes, Rules, Regulations and Procedures.

4. Since this District Court, its Clerk, Judicial Officers, Court Clerk, and Court personnel (collectively "Personnel") are required to comply with the Federal Rules of Civil Procedure, Rule 55(a), and every other ministerial duties to sign and seal and enter said defaults, give official orders that have a signature and seal of the Court, and its Personnel having failed to comply with the requirements identified above, the Court's personnel lost jurisdiction when it failed at the first instance to enter the defaults of United States of America, United States, United States Attorney General, Mark R. Snyder and his domestic partner/spouse, Eileen M. Decker and her domestic Partner/spouse, Deveree Kopp, and her domestic partner/spouse, and since has had no jurisdiction to do anything else, and has ignored all its duties, to even sign and seal any order either granting or denying any of the moving parties motions, the Personnel are without authority, as its Personnel have acted contrary to your Oaths of Office, Procedures, Regulations, Constitution, and Laws of the United States.

5. YOU, the Court's Personnel have stepped outside of your jurisdiction, and your ministerial duties to conduct business in proper manners given to every other litigator that is associated with the Bar Association, but refused to honor those to whom you owe an obligation and duty to protect, which is me.

6. Under the California Constitution (1849), Article VI, Section 13 provides:
> "Tribunals for conciliation may be established, with such powers and duties as may be prescribed by law; but such tribunals shall have no power to render judgment to be obligatory on the parties, except they voluntarily submit their matter in difference, and agree to abide the judgment or assent thereto in the presence of such tribunal, in such cases as shall be prescribed by law.

7. Since the Court and Personnel have failed, and refused to enter defaults when I have requested them, when each of the Respondents failed, the Court's Personnel were, and are required to comply with Fed. R. Civ. P., Rule 55(a), you each have failed to provide: (1) honest government services, (2) comply with your ministerial duties, (3) failed to comply with the requirements of the Constitution, Laws, Rules, Statutes and Procedures, which i had and maintain have a reason to expect to be provided for, and have paid for, yet being refused, and circumvented by judicial and clerk actions, which are a continuation of the malicious prosecution and denial of rights claimed herein.

8. This Court is required to act and comply with Article VI, Section 13 of the California Constitution (1849), through the Ninth and Tenth Amendments, the Erie Doctrine and, the Rules of Decision Act (28 U.S.C. §1652). We now hereby invoke Section 13: **We do not consent, did not assent and do not agree to amend our claims**, as the Court's Personnel, and judicial Officer(s)/Magistrates are attempting to interference with our claims which is not allowed.

9. We decline your offer to amend with prejudice.

10. Your failure to rebut, or respond within 72 hours receipt, is your admission that what has been written is true, correct and not misleading. Upon your failures to respond, you Personnel agree to be held accountable, sued in your individual/personal capacities, and to pay treble damages required as stated in our claims.

This _15_ day of January, in the Year of Our Lord, A.D., two-thousand nineteen.

_Joaquin Andres Acosta_
joaquin andres acosta.

3

# Certificate of Service

I, me, joaquin andres acosta hereby certify that the foregoing notice:

"Courtesy Notice re "No-Assent, Consent to, or Agreement" to 'Unsigned Document, Docket No. 63, purporting to be a Court Order' "requiring plaintiff to file a first amended complaint by no later than January 18, 2019 and to serve all defendants by no later than January 25, 2019.'"

has been sent to:

Richard M. Park
AUSA - Office of US Attorney
300 North Los Angeles Street 7516
Los Angeles, California 90012

for United States, U.S. Attorney General, US Forestry Service San Bernardino National Forest, Mark R. Snyder and his domestic partner/spouse, Deveree Kopp and her domestic partner/spouse, Eileen Decker and her domestic partner/spouse, by the Court's NEF system, by the Clerk or his deputies by:

U.S. Certified Mail No.:_____

or by email: richard.park@usdoj.gov

On this _15_ day of January, A.D., in the Year of Our Lord, Two thousand nineteen.

_joaquin andres acosta._

Page 1 of 1