FILED

2019 FEB 22  PM 3: 05

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

BY: _____

1  joaquin andres acosta

2  PO Box 2889

3  Big Bear Lake, California

4

5

6

7              District Court for the United States of America
                    (Central District of California)
8

9  Joaquin Andres Acosta, my heirs, successors,    Case No.: 5:18-cv-00369-CJC-ADS
   assigns and agents,
                                                    APPLICATIONS FOR ENTRIES OF
10     Claimants,                                   DEFAULT AGAINST:

11  vs.

12  United States of America; U.S. Forestry San     ANWER AZAM KHAN;
    Bernardino National Forest; United States
13  Attorney General; United States Deputy          JOSEPH B. WIDMAN.
    Attorney Anwer Azam Khan and his domestic
14  partner/spouse; Mark R. Snyder, and his
    domestic partner/spouse; Eileen M. Decker, and
15  her domestic partner/spouse; Joseph B.
    Widman, and his domestic partner/spouse;
16  Deveree Kopp and her domestic partner/spouse;
    unknown men/women, and each of their
17  assumed/presumed betrothed/spouse and or
    domestic partners who assisted the above
18  identified individuals; etc., etc., etc.
       Respondents.
19

20  To the Clerk of the United States District Court for the Central District of California:

21  As provided by Rule 55(a) of the Federal Rules of Civil Procedure, Claimants, Joaquin Andres

22  Acosta, my heirs, successors, assigns and agents requests (requires) that the Clerk enter the

23  default of the following Respondent(s) for failure to plead or otherwise defend against this action

24  in a timely manner:

25
    **Name of Respondent (defendant)**: *Anwer Azam Kahn* and his domestic partner/spouse.
26
    1) As evidenced by the proof of service on file with this Court, docket # 73  the above-named
27
    Respondent was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on January
28

Page 1 of 3

1  22nd, 2019.

2  2) The applicable time limit for the above-named Defendant to appear or otherwise respond to

3  this action expired on February 12, 2019.

4  **Name of Defendant (defendant)**:  Joseph B. Widman and his domestic partner/spouse.

5  1) As evidenced by the proof of service on file with this Court, the above-named Defendant was

6  served pursuant to Rule 4 of the Federal Rules of Civil Procedure on January 22nd, 2019.

7  2) The applicable time limit for the above-named Defendant to appear or otherwise respond to

8  this action expired on February 12, 2019.

9  The above-named Defendants have failed to plead or otherwise respond to the complaint.

10  This request is based on the attached Declaration of Plaintiff.

11

12  Dated this ___/8___ day of February, in the Year of Our Lord, A.D., two thousand nineteen.

13

14

15  joaquin andres acosta, et al,
   Claimants.

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration
of
joaquin andres acosta

I, joaquin andres acosta, declare as follows:

1. I am the Claimant in this action. If called as a witness, I could and would competently testify thereto.

2. Respondents ANWER AZAM KHAN was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on January 22nd, 2019, as evidenced by the proof of service on file with this Court (docket no. 73).

3. Under Rule 12, Respondent ANWER AZAM KHAN was required to plead or otherwise respond to the complaint by February 12, 2019. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

4. Respondent ANWER AZAM KHAN has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

5. Respondent ANWER AZAM KHAN is not a minor or an incompetent person.

6. Respondent ANWER AZAM KHAN is not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

7. Respondent ANWER AZAM KHAN resigned from the United States Attorneys Office

Respondent JOSEPH B. WIDMAN was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on January 22nd, 2019, as evidenced by the proof of service on file with this Court (docket no. 73).

8. Under Rule 12, Respondent JOSEPH B. WIDMAN was required to plead or otherwise respond to the complaint by January 22nd, 2019. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

9. Respondent JOSEPH B. WIDMAN has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

10. Respondent JOSEPH B. WIDMAN is not a minor or an incompetent person.

11. Respondent JOSEPH B. WIDMAN is not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

12. I have attached to this declaration a true and correct copy of the **proofs of service** on file with this Court for the above-named Defendants.

I certify that the foregoing is true, correct and not misleading.

This _18_ day of February, in the Year of Our Lord, A.D., two thousand nineteen.

joaquin andres acosta, and for my heirs, successors, assigns and agents.

FILED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

2019 JAN 25 PM 4:55

JOAQUIN ANDRES ACOSTA, MY HEIR(S),
SUCCESSOR(S), ASSIGN(S) AND AGENT(S)

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

VS.

CAUSE NO. 5:18-CV-00369-CJC-ADS

BY _____

UNITED STATES OF AMERICA

### AFFIDAVIT OF SERVICE

My name is <u>RANDY VENTURELLA</u>. I am over the age of eighteen (18) and not a party to nor interested in the outcome of the above numbered suit. I am authorized by the Supreme Court of Texas to service citations and other notices.

Came to hand on <u>Jan 18, 2019 @ 4:12 PM</u> and executed on <u>Jan 22, 2019 @ 12:00 AM</u> at <u>US DEPT. OF HOMELAND SECURITY, 126 NORTHPOINT DR., RM 2020, HOUSTON, TX. 77060</u> by delivering to the within named <u>ANWER AZAM KHAN, CALBAR 255159 by leaving in a legal drop box ****</u>, a true copy of the SUMMONS AND COMPLAINT and endorsed date of delivery thereon.

*****Due to the government shutdown, they are working with a skeleton crew. Guard tried contacting the legal department and Anwer Azam Khan with no answer, the only option at this time was to leave a copy in the legal drop box.

### FURTHER AFFIANT SAYETH NOT

**Authorized Person: RANDY VENTURELLA**
**PSC: 3804, EXP 5/31/2020**
**Clear Legal Process Service**
**P.O. Box 62945**
**Houston, TX 77205**

Before me, a notary public, on this day personally appeared the above named Authorized Person, known to me whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct. Given under my hand and seal of office on this the _____23_____ day of ___January___, 2019.

NOTARY PUBLIC IN AND
FOR THE STATE OF ___Texas___

CAMELIA JAYNE GARRETT
Notary Public, State of Texas
My Commission Expires
April 09, 2015

**DROP BOX FOR ICE OFFICE OF CHIEF COUNSEL**

**SOLELY FOR FILING OF DOCUMENTS RELATED TO IMMIGRATION COURT PROCEEDINGS.**

**STATUS REQUESTS ARE PROHIBITED.**

**FEES ARE PAID TO THE CASHIER.**

**BUZON PARA LA OFICINA DEL CONSEJERO PRINCIPAL.**

**SOLO PARA LA ENTREGA DE ESCRITURAS Y DOCUMENTOS EN PROCEDIMIENTOS JUDICIALES DE IMMIGRACION.**

**SE PROHIBE PREGUNTAS DE ESTATUS.**

**SE PAGAN LOS HONORARIOS A LA CAJERA.**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| joaquin andres acosta, my heir(s), successor(s), assign(s) and agents<br>//<br>// | ) ) ) ) |
| _____<br>*Plaintiff(s)* | ) ) ) |
| v. | ) Civil Action No. 5:18-cv-00369-CJC-ADS |
| *UNITED STATES of America;* *(See Attached* *the Summons)* | ) ) ) ) |
| _____<br>*Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Anwer Azam Khan, Calbar #255159
US Dept. of Homeland Security,
126 Northpoint Dr Rm 2020,
Houston, TX 77060-3208

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joaquin Andres Acosta
P.O. Box 2889
Big Bear Lake, California

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



Date: __JAN 1 7 2019__    L. MURRAY

_____
*Signature of Clerk or Deputy Clerk*

1233

# ADDENDUM TO SUMMONS

United States of America;

U.S. Forestry San Bernardino National Forest;

United States Attorney General;

United States Deputy General Anwar Kahn, and his domestic partner/spouse;

Mark R. Snyder, and his domestic partner;

Eileen M. Decker, and her domestic partner/spouse;

Joseph B. Widman, and his domestic partner/spouse;

Deveree Kopp, and her domestic partner/spouse;

unknown men/women, and each of their assumed/presumed betrothed/spouse and or domestic partners who assisted the above identified individuals;

FILED

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:18-cv-00369-CJC-ADS

2019 JAN 25 PM 4:06

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY _____

This summons for *(name of individual and title, if any)*   Joseph B. Widman, and his domestic partner / spouse

was received by me on *(date)*          01/18/2019      .

☐ I personally served the summons on the individual at *(place)* _____
_____    on *(date)* _____   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Stephine Ascencio, Clerk          , who is
designated by law to accept service of process on behalf of *(name of organization)*   US Attorney's Office,
3403 10th Street, Ste #200, Riverside CA 92501          on *(date)*    01/22/2019    ; or

☐ I returned the summons unexecuted because _____    ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $    75.00   for services, for a total of $    75.00   .

I declare under penalty of perjury that this information is true.

Date:    01/25/2019          _____
                              *Server's signature*   Process

                              Steve Mundy, Server
                              *Printed name and title*

                              40585 Big Bear Blvd #1
                              PO Box 110203
                              Big Bear Lake, CA 92315
                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
Central District of California

| | |
|---|---|
| joaquin andres acosta, my heir(s), successor(s), assign(s) and agents // // _____ *Plaintiff(s)* | ) ) ) ) ) ) ) |
| v. | ) ) ) |
| United States of America; (see Attached Addendum) _____ *Defendant(s)* | ) ) ) ) ) |

Civil Action No.  5:18-cv-00369-CJC-ADS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Joseph B. Widman, and his domestic partner/spouse
Joseph B Widman, Calbar #256189
US Attorney's Office, 3403 10th St Ste 200, Riverside, CA 92501-3654

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joaquin Andres Acosta
P.O. Box 2889
Big Bear Lake, California

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   JAN 1 7 2019   _____

L. M_____

*Signature of Clerk or Deputy Clerk*

# ADDENDUM TO SUMMONS

United States of America;

U.S. Forestry San Bernardino National Forest;

United States Attorney General;

United States Deputy General Anwar Kahn, and his domestic partner/spouse;

Mark R. Snyder, and his domestic partner;

Eileen M. Decker, and her domestic partner/spouse;

Joseph B. Widman, and his domestic partner/spouse;

Deveree Kopp, and her domestic partner/spouse;

unknown men/women, and each of their assumed/presumed betrothed/spouse and or domestic partners who assisted the above identified individuals;

# PROOF OF SERVICE BY MAIL

On February 19, 2019, _Alice Gamboa_ served documents described as:

    1. Applications for Entries of Defaults against ANWER AZAM KHAN and JOSEPH
        B. WIDMAN;

    2. Declaration of Joaquin Andres Acosta

on the following persons:

**ANWER AZAM KHAN**
US Dept. of Homeland Security
126 Norhtpoint Drive, Room 2020
Houston, Texas 77060

by U.S. Certified Mail, No.:    7017 1450 0000 2712 1679    ;
and,

**JOSEPH B. WIDMAN**
U.S. Attorney's Office
3403 10th Street, Suite 200
Riverside, California 92501

by U.S. Certified Mail, No.:    7017 1450 0000 2712 1662    .

I deposited said documents in a sealed envelope, postage prepaid thereon, and deposited said envelope in the United States mail at _____.

I certify that the foregoing is true and correct.

Name: _____

PO Box 2889, Big Bear Lake, California.