**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOAQUIN ANDRES ACOSTA,<br><br>         Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>         Defendants. | Case No. CV 18-369 CJC (KS)<br><br>**ORDER EXTENDING**<br>**TIME FOR AUSA JOSEPH B. WIDMAN**<br>**TO FILE AN ANSWER OR MOTION**<br><br>Honorable Autumn D. Spaeth<br>United States Magistrate Judge |

Having reviewed the Ex Parte Application for an Extension Of Time For AUSA Joseph B. Widman to File An Answer Or Motion, and good cause appearing thereof,

IT IS HEREBY ORDERED that Defendant Widman shall have until April 22, 2019 to answer or file a motion in response to Plaintiff's Complaint.

DATED:  March 15, 2019

    /s/ Autumn D. Spaeth  
HONORABLE AUTUMN D. SPEATH  
United States Magistrate Judge