1  joaquin andres acosta

2  PO Box 2889

3  Big Bear Lake, California

4

5

6

7



8                    District Court for the United States of America

9                      Central District of California - Santa Ana

10   Joaquin Andres Acosta, my heirs,        No. ED CV 18-369 CJC (ADS)
11   successors, assigns and agents,

12   v.                                       Joaquin   Andres   Acosta: non-consent

13   United States of America                 given, and Declaration in opposition and

14   U.S. Forestry San Bernardino National    exceptions to ANWER KHAN'S motion
     Forest;
                                              to dismiss, memorandum of points and
15   United States Attorney General;
                                              authorities, and proposed order.
16   United States Deputy General Anwar Kahn,
17   and his domestic partner/spouse;

18   Mark R. Snyder, and his domestic
     partner/spouse;
19
     Eileen M. Decker, and her domestic
20   partner/spouse;

21   Joseph B. Widman, and his domestic
     partner/spouse;
22
     Deveree Kopp, and her domestic
23   partner/spouse;

24   unknown men/women, and each of their
     assumed/presumed betrothed/spouse and
25   or domestic partners who assisted the
     above identified individuals;
26
     etc; etc; etc.
27

28

## Declaration

NOW COMES joaquin andres acosta hereby **do not consent to dismissing Mr. Khan from suit**, and objecting to Mr. Khan's non-seconded motion, and taking special exception to   ANWER KHAN'S  notice,  his  motion  to  dismiss,  his memorandum of points and authorities,  and his  proposed order.  See grounds that follow:

**PLEASE  TAKE  NOTICE: I  was  never  served  Mr. Khan's: 1) Notice,  2) His 12(b)(1)  and  (6) motion, 3) his  memorandum, and  4)  proposed  order.  I  only became aware  while  perusing  the  Court file on  4-5-2019. In fact, Mr. Park's proof of service indicates it was sent by U.S. Mail (Exhibit 1). I check my  mail every  day.  Said  mail  never  arrived.**

**PLEASE  TAKE  FURTHER  NOTICE:**  Local Rule 7-9 purporting to  requiring to file any response no later than  21 days prior to hearing  is contrary  to  Rule of  Procedure which  shortens time. I  do  not consent  to  shortened time  for  responding under  said L.R., and, Said rule shall not be observed.

## MEMORADUM & DISCUSSION

**PLEASE  TAKE  FURTHER  NOTICE:**  We hereby  shall  dispense  with performing the  extra  work  it  takes  to  compile  a  (separate)  memorandum,  and  any affidavits/declarations since Mr. Park/Khan failed to include them themselves. Under necessity, all of the citations and authorities  shall  be  inset herein.

**PLEASE  TAKE  FURTHER  NOTICE:** Mr. PARK  and  Mr. KHAN  have  failed  to address the 1983 claims. Instead they  mis-characterized all  claims and  wrongfully recasted  them  as  being FEDERAL TORT CLAIMS. In fact, each of  my "causes of  action," are  strictly §1983 claims. Therefore, his  non-seconded  motion  fails.

**PLEASE TAKE FURTHER NOTICE:**  42 United States Code provides:

> "**Every person** who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia." (R.S. § 1979; Pub. L. 96–170, § 1, Dec. 29, 1979, 93 Stat. 1284; Pub. L. 104–317, title III, § 309(c), Oct. 19, 1996, 110 Stat. 3853.)

**PLEASE TAKE FURTHER NOTICE:** Congress used the phrase "Every person." **Congress's intent** gave **a private right of action** against "EVERY PERSON who under color of any statute, ordinance, regulation, custom, or usage..." meaning everyone in any branch of government, except judicial officers who wrongfully subjects or causes any United States citizen...or other person...to the deprivation of any rights, privileges, or immunities...shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**PLEASE TAKE FURTHER NOTICE:** The elements of a Section 1983 case are "the deprivations of any rights, privileges, or immunities secured by the Constitution and laws and regulations" by a "person" which is operative in this instance, and applies to KHAN, whom deprived me of immunity provided under 36 C.F.R. 261.1(d). He ignored it, yet proceeded despite being informed at arraignment.

**PLEASE TAKE FURTHER NOTICE:** Section 1983 uses the word **"state"** in the

phrase:

> "Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any **State** or Territory or the District of Columbia...".

**PLEASE TAKE FURTHER NOTICE**: Defintion of the word "State."

> Webster's dictionary definition of the word **"state"**:

>> "A political body, or body politic; the whole body of people united under one government, whatever may be the form of the government."

**PLEASE   TAKE   FURTHER   NOTICE:**   Congress   used   the   term **"state"** as Webster's  defined  it  as  "A  political  body,  or  body  politic;  the  whole  body  of people   united   under   one   government,   whatever   may   be   the   form   of   the government."  The  definition  of  state  also  means  the  Federal  government  and  its employees.

**PLEASE   TAKE   FURTHER   NOTICE:**   Section   1983   applies   to   the   states   by **"operation of the Fourteenth Amendment."** Without the Fourteenth amendment it would   imply   to   operate   upon   federal   government   employment   too.   Since   1983   is applied   to   the   states   by   operation   of   the   Fourteenth   Amendment,   then   Congress's intent  was  that  it  applied  to  federal  employees  and  office  holders  alike.   Therefore, this  court  does  have  subject  matter  jurisdiction,  because  Congress,  when  it  enacted  42 U.S.C.  1983,  it  granted  both  a  private  right  and  private  remedy[1].

**PLEASE TAKE FURTHER NOTICE:** This Court has jurisdiction to hear the matter because of "federal questions".

**PLEASE TAKE   FURTHER   NOTICE:** Mr. Khan has filed his motion to dismiss pursuant Rule 12(1) and (6).  Instead of  applying the "law of the case" (which are 42

---

[1]Sandoval, 532 U.S. at 286.

U.S.C. 1983) to the facts in stated in my Claims, he drifted off point that totally mis-characterized the entire case. Instead, he entirely addressed FEDERAL TORT CLAIMS ACT, which are off point matters and completely outside the scope of my pleadings (referring to Rule 12(d)) and inadequate as the claims are strictly §1983 claims. Khan's demurrer fails all of the elements required. Therefore, his motion completely fails.

**PLEASE TAKE FURTHER NOTICE:** There are no FEDERAL TORT CLAIM causes of action, though said 1983 causes of action *inter-alia* do identify what may be classified thereas, but only support claims against wrong doings.

**PLEASE TAKE FURTHER NOTICE:** The initial three-pronged test for finding a right enforceable under Section 1983 was set forth in *Wilder v. Virginia Hospital Association*[2]. It asks whether (1) Congress intended the particular statutory provision to benefit the plaintiff, (2) the provision is so vague or amorphous as to make judicial enforcement difficult or impractical, and (3) the statute imposes a binding obligation on the government[3]. After these inquiries, a fourth arises: (4) did Congress create a comprehensive mechanism for enforcing the statute which implies that it intended to deny a private right of action[4]? Each of these prongs emerged from a series of Supreme Court decisions, with the first element undergoing something of a metamorphosis as it rose in importance in

---

[2]496 U.S. 498 (1990).

[3]Id. at 509-512 (1990). Wilder actually lists these factors in reverse order. However, since Blessing v. Freestone, 520 U.S. 329, 340-41 (1997), the factor which asks whether the statute benefits the plaintiff has generally been listed first. This is appropriate because it has become the main battleground for the use of § 1983 to enforce federal statutes. While some courts seem to think that Gonzaga has entirely displaced the Wilder/Blessing inquiry, Gonzaga cites the latter decisions without reservation.

[4]Middlesex County Sewerage Authority v. National Sea Clammers Association, 453 U.S. 1 (1981).

5

comparison to the other prongs of the test. Indeed, resolution of this first inquiry—the extent to which the plaintiff is "benefited" by the statute—will usually be the key to whether Section 1983 can be invoked to enforce a federal statute[5].

**PLEASE TAKE FURTHER NOTICE:** Since all "four prongs of the test have been complied with. This Court has subject-matter jurisdiction for this §1983 action.

**PLEASE TAKE FURTHER NOTICE**: Mr. Khan's motion contains nothing that substantially justifies the acts KHAN committed or would exempt him from this §1983 prosecution, while he acted as Assistant Attorney in the U.S. Attorney's Office that were in excess of the authority his office is supposed to perform, enforcing, maintaining the laws of the United States, and to make sure the immunity granted by Congress under regulation 36 C.F.R. 261.1(d) were fulfilled [cf. Rule 12(c)(3)], relating to Act or Omission of a duty to honor his oath...protect me, the people and my property . He failed to perform his job, the Attorney's Office mission, and failed comply with immunity granted pursuant 36 C.F.R. 261.1(d). Mr. Khan had the obligation to enforce the immunity granted by congress of the regulation under 42 U.S.C. §261.1(d). He also failed in his duty by failing to supervised MARK SNYDER, and failed to advise the Court to dismiss the action with prejudice, but he chose to ignore said proscription of Congress id. 36 C.F.R.

---

[5]Much of the debate over private enforceability involves federal statutes enacted under the Constitution's Spending Clause, where the issue is whether the right to sue can be inferred from a mandate to spend money in a particular way. See Pennhurst State School and Hospital v. Halderman, 451 U.S. 1, 28 (1981); Houston v. Williams, 547 F.3d 1357, 1361 (11th Cir. 2008) (Spending Clause legislation rarely confers a private right of action on funding beneficiaries); but see Grammer v. John J. Kane Regional Centers, 570 F.3d 520 (3rd Cir. 2009); cert. denied, 130 S. Ct. 1524 (2010). In contrast, civil rights statutes, targeting individual discrimination against individuals, are more likely to be interpreted as privately enforceable under § 1983. See, e.g., Wallace v. Chicago Housing Authority, 298 F. Supp. 2d. 710, 718 (N.D. Ill. 2003) (allowing use of § 1983 to sue for breach of Fair Housing Act, (citing Cannon v. University of Chicago, 441 U.S. 677 (1979)).

261.1(d).

**PLEASE TAKE FURTHER NOTICE:** Mr. Khan's motion solely contains a hodge-podge of citations to Appeals Court's that are OFF POINT, and solely address items under the FEDERAL TORT CLAIMS ACT. He failed to address the §1983 causes of actions claimed.

**PLEASE TAKE FURTHER NOTICE:** Mr. KHAN fails address what demurrers require: identify the errors of form. His motion fails.

**PLEASE TAKE FURTHER NOTICE:** That Mr. KHAN'S demurrer actually admitted all the facts of my claims.

**PLEASE TAKE FURTHER NOTICE:** Mr. Khan falsely asserted in his motion the following: "Plaintiff has erroneously asserted common law tort claims against defendant Khan,...(MTD p.4, line 10-15.)." "Here, plaintiff makes no allegation that Defendant Khan was acting under color of state law, and therefore claims under section 1983 do not apply to him. (MTD., p8, lines 4-8)"

**PLEASE TAKE FURTHER NOTICE:** Both Mr. PARK and KHAN have given false statements. In my claims, I plead (Compl., ¶4.48...general allegations as to KHAN).

**PLEASE TAKE FURTHER NOTICE:** Rule of Decision in this Court, is the Common law of England. See California Civil Code section 22.2:

> The common law of England, so far as it is not repugnant to or inconsistent with the Constitution of the United States, or the Constitution or laws of this State, is the rule of decision in all the courts of this State.

**PLEASE TAKE FURTHER NOTICE:** This Court is bound to California Civil Code, Rule 22.2, through the Erie Doctrine, pursuant Section 34 of The Judiciary Act of 1789.

**PLEASE TAKE FURTHER NOTICE:** The Common law is still alive and well, and applicable to private and to federal and ex Asst. U.S. Attorney Office employee: Mr. Khan. It is inconsistent for someone such as Mr. Khan to know the law, yet ignore it, intentionally disobey them or attempt to circumvent said laws.

**PLEASE TAKE FURTHER NOTICE:** These assertions are erroneous, as FTCA are for loss or damage to person and property, or death. The FTCA does not address Constitutional violations by actors employed in Federal Government, such as KHAN. The FTCA has no corrolary for violations of Constitutional, statute or regulation violations, like §1983 does. Therefore, all of his assertions and defenses fail.

**PLEASE TAKE FURTHER NOTICE:** Throughout Mr. KHAN entire brief, he has inappropriately and cited and used Appeal Court authorities, they are all OFF POINT, and MOOT. These appeal court decisions fail.

**PLEASE TAKE FURTHER NOTICE:** That upon filing of Mr. KHAN's demurrer (12(b) motion) he admitted to all the facts and causes of action identified in my claims, there are justiciable controversies. It would be contrary to law (42 U.S.C. 1983) to dismiss Mr. Khan from the actions.

**PLEASE TAKE FURTHER NOTICE:** 5 United States Code §702 provides the "Right of review":

> A person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof. An action in a court of the United States seeking relief other than money damages and stating a claim that an agency or an officer or employee thereof acted or failed to act in an official capacity or under color of legal authority shall not be dismissed nor relief therein be denied on the ground that it is against the United States or that the United States is an indispensable party. The United States may be named as a defendant in any such action, and a judgment or decree may be entered against the United States: Provided, That any mandatory or injunctive decree

shall specify the Federal officer or officers (by name or by title), and their successors in office, personally responsible for compliance... ". (Pub. L. 89–554, Sept. 6, 1966, 80 Stat. 392; Pub. L. 94–574, § 1, Oct. 21, 1976, 90 Stat. 2721.)

"...**in a motion to dismiss**, the **material allegations of the complaint are taken as admitted**". From this vantage point, courts are reluctant to dismiss complaints unless it appears the plaintiff can prove no set of facts in support of his claim which would entitle him to relief. *Walter Process Equipment v. Food Machinery, 382 U.S. 172 (1965). (see Conley v. Gibson, 355 U.S. 41 (1957).*

"a judge cannot dismiss because of his disbelief of factual allegations." *Neitzke et Al. v. Williams* (05/01/89) 490 U.S. 319, 109 S. Ct. 1827, 104 L. Ed. 2d 338, 57 U.S.L.W. 4493

"a judge cannot use a "value judgment" as a comparison to legal rights." *Davis v. Passman* (06/05/79) U.S. 228, 99 S. Ct. 2264, 60 L. Ed. 2d 846.

**PLEASE TAKE FURTHER NOTICE:**   Even though my claims may claim certain common law torts, e.g., false arrest, malicious prosecution, abuse of process, infliction of emotional distress, and slander (these are not under the FTCA) the United States Supreme Court brings these principles to us:

"In my opinion, the legislature may take away from the courts, as now established, the power to protect certain rights and to exercise certain remedies, provided that it supplies a reasonably adequate remedy in the place of the one abolished, but by the same token the legislature may not abolish a common law right and its remedy without setting up some reasonable substitute. to attempt to do so is to deny due process of law within the meaning of both the state and Federal Constitutions. *Crane v. Hahlo*, 258 U. S. 142, 42 S Ct. 214, *Truax v. Corrigan*, 257 U. S. 312, 42 S. Ct. 124, 27 A. L. R. 375; *New York Central R. Co. v. White*, 243 U.S. 188, 37 S. Ct. 247, Ann. Cas. 1917 D, 629, L.R. A. 1917 D, 1; *Hanfgarn v. Mark*, 289 N. Y.S. 143; *In re Opinion of Justices*, 211 Mass. 618, 98 N. E. 337. This state is committed to that doctrine. The question, while not very clearly set forth, was necessarily decided in *State ex rel. Davis-Smith Co. v. Clausen*, 65 Wash. 156, 117 Pac. 1101, 37 L.R. A. (N. S.) 466, and *State v. Mountain Timber Co.*, 75 Wash. 581, 135 Pac. 645, L.R.A. 1917D, 10. The rule was clearly stated and followed by this court in the case of *Casco Co. v. Thurston County*, 163 Wash. 666, 2P. (2d) 677, 77 A.L.R. 622. Because of the space already given to this case this case, I shall not cite further authorities. It is sufficient to say that whether this be the majority rule or not, clearly it is the reasonable rule and the one we have adopted." *Blanchard v. Golden Age Brewing Co.*, 188 Wash. 396, 426-727 (December 7, 1937).

**PLEASE TAKE FURTHER NOTICE:** Following the simple guide of Rule 8(f) that "all

pleadings shall be so construed as to do substantial justice," we have no doubt that petitioners' complaint adequately set forth a claim and gave the respondents fair notice of its basis. The Federal Rules reject the approach that pleading is a game of skill in which one misstep by counsel may be decisive to the outcome and accept the principle that the purpose of pleading is to facilitate a proper decision on the merits. cf. *Maty v. Grasselli Chemical Co.*, 303 U.S. 197 ." *Conley v. Gibson*, 355 U.S. 41 (1957).

**PLEASE TAKE FURTHER NOTICE:** "Where rights secured by the constitution are involved, there can be no rule making or legislation which would abrogate them." *Miranda,* 384 U.S. 436, at 491.

**PLEASE TAKE FURTHER NOTICE:** The defendants' motion to dismiss for failure to state a claim unsupported by affidavits or depositions is incomplete because it requests this Court to consider facts outside the record which have not been presented in the form required by Rules 12(b) (6) and 56(c). Statements of counsel in their briefs or argument while enlightening to the Court are not sufficient for purposes of granting a motion to dismiss or summary judgment. (motion to dismiss is denied.) cf. *Trinsey v. Pagliaro,* (Civ. A. No. 34873) 229 F.Supp. 647 (1964). Mr. KHAN failed to file an affidavit or deposition concurrent with motion to dismiss fails, and incomplete because KHAN requests this Court to consider facts outside of the which have not been present in the form required by Rules 12(b) et seq., and 56(c).   The motion fails.

**PLEASE TAKE FURTHER NOTICE:** Mr. Khan, while in that Office caused me deprivations of constitutional rights: Grand Jury Information or Indictment, Trial by Jury, Malicious Prosecution, which he knowingly continued to prosecute after he was informed that 36 C.F.R. 261.1(d) expressly exempted me from prosecution as "fire fighting personnel," which is what I was, at that instance. More importantly, Common-law courts performed two functions: One was to apply the law to the facts. All

adjudicators - French judges, arbitrators, even baseball umpires and football referees - do that. But the second function, and the more important one, was to *make* the law. MR KHAN THROUGHOUT THE CRIMINAL CASE FAILED TO APPLY THE LAW TO THE FACTS. Hence, he is being sued pursuant    F.R.Civ. P., Rule 12(c)(3)...his individual-personal capacity. Though Mr. Khan is not a judge, arbitrator, umpire or football referee, he was required to do what the law required, DISMISS THE CRIMINAL MATTER AFTER BEING INFORMED OF THE EXCEPTION/IMMUNITY under §261.1(d). Mr. KHAN FAILED TO PERFORM HIS DUTY/OBLIGATION. Obligation implies a responsibility, and failure to take responsibility means, in his office, as he intentionally mis-applied the law upon me, was a denial of my constitutional rights, immunities, that Congress enacted, yet which when denied, as in the Criminal case, it directly affected me for nearly two years. ... and still have had much emotional distress over knowing if convicted, there was a penalty of six months in prison. At least the Judge recognized the wrongdoing, and found me not guilty. But, having to go through that process, was an embarrassment, knowing that Khan's Office is to protect the People, not screw us over, by misapplication of the laws and regulations. Now. Mr. Khan wants to evade his responsibility of making me whole, which §1983 allows me to enforce his failure to protect my rights..

**PLEASE TAKE FURTHER NOTICE:** After Mr. Khan was informed of §261.1(d), for over a year and a half, kept investigating, kept compounding more mental anguish upon myself, knowing my actions were expressly exempt from prosecution, and other issues addressed in my Claims presented..

**PLEASE TAKE FURTHER NOTICE**: Mr. Khan failed to supply the necessary affidavits supporting his 12(b) motion. This is another failure by Mr. Park to comply with the requirements, along with other requirements, which are to address §1983 claims. Instead Mr. Khan and Mr. Park wrongfully mis characterize my claims as suing Mr. Khan in "his official capacity."

/ r

**B.  Failure to Provide Permission from Attorney General**

1.  Mr.  Park has made assertions that he was given permission to represent Mr. Khan who is sued in his personal/individual capacity.  We do not simply accept Mr. Park's word, or implied assertion that he was authorized.  Mr. Park must provide the written authorization to represent, draft papers, and testify on Mr. Khan's behalf.  If no proof is provided within FIVE DAYS, it will be admitted by Mr. Park, and Mr. Khan that no authorization was given. Further, Mr. Park, the United States Attorney's Office and Mr. Khan assent, consent and agree that this matter is frivolous, ill-conceived, off point, and fails as a motion to dismiss, and must be denied with prejudice, and an entry of default, without Claimant (Acosta) having to file any request for it to be done.  It is agreed upon failure to present said Written Consent, that we will require the  Judicial  Officer must order said entry of default against Mr. Khan forthwith.

2.  Moreover, Mr. Park and Mr. Khan, and the U.S.  Attorney's  Office  failed   to Demonstrate  by providing  written   proof accompanying Mr. Khan's Motion to Dismiss, that the Attorney General or his  delegate granted permission to  the United States  Attorney's  Office  to  represent ANWER  KHAN  who is being sued  in  his private/personal capacity  in  this suit. We simply,  <u>do not accept</u> "YOUR  WORD" implying that   permission was  received.  You must under F.R.Civ. P., Rule 8(b)(6) provide strict evidence that permission was  granted, when  you file  your reply, or failing to reply you have FIVE DAYS, receipt of  this non-consent.

<u>Your failure to produce shall be deemed that "no permission was granted," and that the "permission slip"  does not exist.</u>

**B.  Re:  Notice.**

1. The papers submitted: 1) Said statements are too broad, and  fail to justify relief. Your motion fails to specify the relief sought, you imply rather give good grounds,

12

for example, "it was not me that did it" or, "_____ . F.R. Civ.P. Rule 7(b)(1)(C). See Moore v. Indiana, 999 F.2d 1125, 1131 (7th Cir. 1993). See also Snellman v. Ricoh, 836 F.2d 528, 532 (Fed. Cir. 1987). The relief requested should be tailored to the facts of the motion and should not be stated too broadly, or the movant will risk denial of the motion. Furthermore, the papers submitted in support of the motion must justify the relief. Gaskin v. Pennsylvania, 231 F.R.D. 195 n.1 (E.D. Pa 2005)(denying motion to intervene that failed to state type of intervention sought on grounds for motion and did not provide proposed pleading. Moore's Federal Practice 3d ed.). The notice is void and improper and inadequate as to bullet point number one, two and three referring to the Federal Tort Claims Act, 28 U.S.C. 2679(a), and the Case *Kennedy v. United States Postal Service*, 145 F. 3d 1077, 1078 (9th Cir. 1998); and Section 1983.

**Rebuttal:** Federal Tort Claims Act does not apply in this case, and mere mention is a complete mis-characterization of what Congress enacted for §1983 claims. We make mention of the Federal Tort Form number SF95, and recite relevant parts, which said form is made reference to and incorporated as though fully set forth herein (Exhibit 1):

1. The header of the form states: "Claim for Damage, Injury, or Death."

2. Box 1:

3. Box 2:

4. Box 3: Type of employment: Military or Civilian.

5. Box 4: Date of Birth

6. Box 5: Marital status.

7. Box 6: Date and day of accident.

8. Box 7: Time.

13

9. Box 8: Basis of damage, injury or death.

10. Box 9: Property damage.

11. Box 10: Personal injury/wrongful death.

12. Box 11: Witnesses.

13. Box 12: Amount of claim: Box 12a: property damage; B)x 12b: personal injury; Box 12c. wrongful death; Box 12d: Total.

14. Box 13a. Signature of Claimant.

15. Box 13b. Phone number of person signing form.

16. Box 14: Date of Signature.

17. Box 15: Do you carry accident insurance?

18. Box 16: Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?

19. Box 17: If deductible, state amount.

20. Box 18: If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim?

21. Box 19: Do you carry public liability and property damage insurance?

(Reverse of Document:)

"A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES."

The Amount claimed should be substantiated by competent evidence as follows:

¶"(a) IN support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

14

¶(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerts, or, if payment has been made, the itemized signed receipts evidencing payment.

¶(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

¶(d) [omitted, as irrelevant.]

**My Rebuttal:** Claim Form SF 95 expressly states: "Accompanied by a claim for money damages in a sum certain for injury to or loss of property, personal injury to or loss of property, personal injury or death alleged." Overall, each of the boxes One through Nineteen, is for injury to or loss of property, personal injury or death. None of these apply to my §1983 case, as:

1) I never sustained any injury to or loss of property,

2) I never was personally injured (but received emotional distress) or loss of property, 3) I did not have any injury to or loss of property, 4) I did not have any personal injury, and,

4) I did not die.

Here, if I did fill out the claim form and submitted it, it would fail to apprise defendant ANWER KHAN of any constitutional violations he committed during his participation of prosecution of me commenced August 2015, and would be summarily denied. Said claim form asks for information that is irrelevant to the instant matter, which are Section 1983 claims, for constitutional violations. The Claim Form SF 95, does not address constitutional violations by this federal employee as required by §1983. Addressing the violations of Constitutional law, federal law, under the FEDERAL TORT CLAIMS ACT, is entirely impermissible. The FEDERAL

1   TORT CLAIMS ACT refers to *"Agency[6] of the United States." The U.S. Attorney's*
2   *Office is not an agency of the United States. It is a part of the Judiciary*
3   *Department*, created by the *Judiciary Act of 1789, along with the Office of Attorney*
4   *General and the United States Marshals Service, under the Executive Branch of*
5   *government.*

6   Generally, the Federal Tort Claims Act is the exclusive remedy for all common
7   law torts committed by federal employees while acting within the scope of their
8   office or employment. 28 U.S.C. § 2679(b)(1). However, the immunity conferred by
9   FELRTCA does not extend or apply to suits against federal employees for violation
10  of the Constitution or federal statutes.

11

12  "Generally, the plaintiff suing a government officer may not obtain judicial relief if
13  he has not first exhausted his/her administrative remedies." See *Allen v. Grand*
14  *Central Aircraft Co.*, 347 U.S. 535, 553 (1954); *Aircraft & Diesel Corp. v. Hirsch*,
15  331 U.S. 752 (1947). Exhaustion is also required in Federal Tort Claims Acts suits,
16  28 U.S.C. § 2675(a), Privacy Act suits, 5 U.S.C. § 552a, in suits challenging adverse
17  personnel actions, and in many other contexts.

18  ────────────────

19      [6]"Employee of the government" includes (1) officers or employees of any federal
20  agency, members of the military or naval forces of the United States, members of the
    National Guard while engaged in training or duty under section 115, 316, 502, 503, 504,
21  or 505 of title 32, and persons acting on behalf of a federal agency in an official capacity,
    temporarily or permanently in the service of the United States, whether with or without
22  compensation, and (2) any officer or employee of a Federal public defender organization,
    except when such officer or employee performs professional services in the course of
23  providing representation under section 3006A of title 18. "Acting within the scope of his
    office or employment", in the case of a member of the military or naval forces of the
24  United States or a member of the National Guard as defined in section 101(3) of title 32,
25  means acting in line of duty. (June 25, 1948, ch. 646, 62 Stat. 982; May 24, 1949, ch. 139,
    § 124, 63 Stat. 106; Pub. L. 89–506, § 8, July 18, 1966, 80 Stat. 307; Pub. L. 97–124, § 1,
26  Dec. 29, 1981, 95 Stat. 1666; Pub. L. 100–694, § 3, Nov. 18, 1988, 102 Stat. 4564; Pub.
27  L. 106–398, § 1 [[div. A], title VI, § 665(b)], Oct. 30, 2000, 114 Stat. 1654, 1654A–169;
28  Pub. L. 106–518, title IV, § 401, Nov. 13, 2000, 114 Stat. 2421.)

**PLEASE TAKE FURTHER NOTICE:** 28 U.S. Code §2680. Exceptions. The provisions of this chapter and section 1346(b) of this title shall not apply to—

> (h) Any claim arising out of assault, battery, false imprisonment, false arrest, malicious prosecution, abuse of process, libel, slander, misrepresentation, deceit, or interference with contract rights: Provided, That, with regard to acts or omissions of investigative or law enforcement officers of the United States Government, the provisions of this chapter and section 1346(b) of this title shall apply to any claim arising, on or after the date of the enactment of this proviso, out of assault, battery, false imprisonment, false arrest, abuse of process, or malicious prosecution. For the purpose of this subsection, "investigative or law enforcement officer" means any officer of the United States who is empowered by law to execute searches, to seize evidence, or to make arrests for violations of Federal law.

**PLEASE TAKE FURTHER NOTICE:** In these actions, we did not sue for any common law torts committed by KHAN. We also did no sue under FTCA, which under §2679(b)(1) requires administrative exhaustion. We sued under §1983 for Constitutional violations under color of authority.

**PLEASE TAKE FURTHER NOTICE:** Mr. Khan is not being sued in his Official Capacity.

**PLEASE TAKE FURTHER NOTICE:** Mr. Khan is being sued as defined in the claim, p.3, ¶2.3: "Anwar Kahn in his individual capacity; and, his assumed/presumed or actual betrothed and/or domestic partner;".

**PLEASE TAKE FURTHER NOTICE:** Mr. Khan's claims inferring or expressly identifying him being prosecuted Officially is improper mischaracterization of how KHAN is being sued, inter-alia, is an inadequate excuse, and a bald faced lie and are intentional misrepresentations committed by Mr. Park, and Khan.

**PLEASE TAKE FURTHER NOTICE:** Further, misrepresentation, lie and complete mis-characterization of the use and the insertion of material that: "Claims under 42 U.S.C. § 1983 are not applicable to a federal official". Including, mis-citing Kennedy v. United States Postal Service, 145 F.3d 1077, 1078 (9th Cir. 1998). In Kennedy, her claims were based on the Federal Tort Claims Act ("FTCA"). In this case, the Court held

17

1  "her claims are precluded by the Postal Reorganization Act and the Civil Service Reform Act

2  ("CSRA".)." Further, the court held: "A claim against the United States Postal Service, was

3  not a claim against the United States. See *Continental Cablevision v. United States Postal*

4  *Serv.*, 945 F.2d 1434, 1440 (8th Cir. 1991)

5

6  **PLEASE TAKE FURTHER NOTICE:** This instant case is not brought under the

7  FTCA, but pursuant 42 U.S.C. 1983, upon a man who "acted under color of authority

8  violating my constitutional rights to "trial by jury, right to a Grand Jury indictment,

9  and a host of federal laws, regulations, immunities, being within the area where the

10  United States has authority.    Therefore, the **Kennedy case is <u>off point</u>**, and fails to

11  support this motion for the reasons identified by the Court, and, because that case

12  addressed the Kennedy's claims under the FTCA, supra, it did not address §1983

13  claims, like this instant case does.

14  **PLEASE TAKE FURTHER NOTICE:** The 42 U.S.C. 1983 has its roots based on the

15  Fourteenth Amendment, which primaty purpose of the 1871 Act was "to enforce the

16  Provisions of the Fourteenth Amendment." 17 Stat. 13; see, e.g., Lynch v. Household

17  Finance Corp., 405 U.S. 538, 545 (1972);  Monroe v. Pape, 365 U.S. 167, 171 (1961); see

18  also Cong. Globe, 42 Cong., 1st Sess., App. 68, 80, 83-85.  And has long been recognized

19  that "different problems of statutory meaning is presented by the enactments from

20  constitutional sources.  However, this case turns on the fact of constitutional provisions and

21  related statute of universal applicability.  I did suffer deprivations of rights, immunities and

22  privileges under federal law, by KHAN.  Therefore, as Section 1983 is applicable to KHAN

23  who, at the time Office as an Assistant under the United States Attorney's Office, he did

24  violate §1983s proscriptions.  The fact of the matter turns because of §1983s provisions

25  expressly declaring:

26      **"Every person** who, **under color of any statute, ordinance, regulation, custom,**

27      **or usage,** of <u>any State or Territory or the District of Columbia</u>, **subjects, or causes**

28      **to be subjected, any citizen of the United States or other person within the**

*18*

**jurisdiction thereof to the <u>deprivation of any rights, privileges, or immunities</u> <u>secured by the Constitution and laws,</u> <u>shall be liable to the party injured</u>** in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity,...".

**PLEASE TAKE FURTHER NOTICE:** Mr. Khan while in Office as an assistant United States Attorney, he did commit violations of 1983 because KHAN was within a federal territory within the State of California at the time. His actions squarely place him in a federal territory as defined within §1983, which the United States District Court, controlled by the United States government, which iss where I was prosecuted, and found "not guilty" is a federal enclave within United States Territory. Federal Buildings are not controlled by a state.

**PLEASE TAKE FURTHER NOTICE:** Moreover, since the Office of the United States was acting in California, maybe the U.S. Attorneys Office had no jurisdiction to prosecute a Californian, as well as the federal court had no jurisdiction to hear the matter, as the United States District Court in the Central district was not reseded back to the United States by California. If this is so, then what happened makes these events even more egregious than previously contemplated. What this further brings to mind is that the land that lies within San Bernardino county California, was either sold, given away under land patents issued by the United States (pursuant the terms of the TREATY OF GUADALUPE HIDALGO) prior to or shortly after California was Admitted to the Union of the Several States. Further, the land that is called San Bernardino National Forest, was taken over solely by Executive Fiat, which is essentially, an ACT OF WAR BY THE UNITED STATES against the people of California/California state, and/or was done in excess of the Presidential powers granted to him by the Organic Constitution (1789/91). These being so, every action brought by any person acting under the employ of the United States initiating criminal process without the benefit of a Grand Jury information or indictment, .e.g., forest service law enforcement, including those in the United States

Attorneys Office are guilty of violation of your Oaths of Office, which is tantamount to acts of treason/sedition, assault, battery, emotional distress to me, as well as other men/women/persons who have not been identified herein, makes this little problem pandemic governmental fraud and is of epic proportions !

## CONGRESS DID NOT MAKE EXCEPTIONS IN SECTION §1983
## TO ANY FEDERAL EMPLOYEES EXCEPT JUDICIAL OFFICERS

**PLEASE TAKE FURTHER NOTICE:** In fact, prior to and including the 1996 Amendment to §1983, (Pub. L. 104-317) Congress only made one exception to this law, inserted before the period at end of first sentence ", except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable." Congress did not except any person in the Federal Government's employee, nor to any agency of the United States.

**PLEASE TAKE FURTHER NOTICE:** Section 1983 claims are not dependent on the prerequisites of first having to file a claim, in order to perfect administrative process, if you were filing under the FEDERAL TORT CLAIMS ACT, 28 U.S.C. 2679(a), prior to filing the action.

**PLEASE TAKE FURTHER NOTICE:** Liability under Section 1983 "attaches only to those wrongdoers 'who 2 carry a badge of authority of a State and represent it in some capacity, whether they act in accordance with their authority or misuse it.'" *National Collegiate Athletic Ass'n v. Tarkanian*, 4 488 U.S. 179, 191 (1988) (quoting *Monroe v. Pape*, 365 U.S. 167, 172 (1961)).

**PLEASE TAKE FURTHER NOTICE:** The United States Attorneys' Office mission statement:

> "Charged with ensuring "that the laws be faithfully executed," the 93 United States Attorneys work to enforce federal laws throughout the country...".

**PLEASE TAKE FURTHER NOTICE:** Here, Mr. Park upon being appointed, and entering Office as an assistant, he was "charged with ensuring 'that the laws be faithfully executed,' the 93 United States Attorneys work to enforce federal laws throughout the country." In the capacity that he is serving, he is violating the United States Attorneys Office mission statement by acting contrary to his duty to "faithfully execute the laws", and in violation of the USAO's mission statement. Mr. Khan as a former Assistant United States attorney, and now Mr. Park as a current Assistant United States Attorney, is charges with enforcement of civil rights statutes. They both have failed to comply: 1) When Khan continued to prosecute me, and, 2) When Mr. Park has failed to do the same thing Khan did, failing to "execute" the laws" the 1983 statute. Instead he uses a bunch of useless hyperbole.

**PLEASE TAKE FURTHER NOTICE:** 28 U.S. Code § 1343. Civil rights and elective franchise

(a) The district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person:

(1) To recover damages for injury to his person or property, or because of the deprivation of any right or privilege of a citizen of the United States, by any act done in furtherance of any conspiracy mentioned in section 1985 of Title 42;

**(2) To recover damages from any person who fails to prevent or to aid in preventing any wrongs mentioned in section 1985 of Title 42 which he had knowledge were about to occur and power to prevent;**

**(3) To redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the United States or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States;**

**(4) To recover damages or to secure equitable or other relief under any Act of Congress providing for the protection of civil rights, including the right to vote.**

(b) For purposes of this section—

(1) the District of Columbia shall be considered to be a State; and

(2) any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia. Effective Date of 1979 Amendment. Pub. L. 96–170, § 3, Dec. 29, 1979, 93 Stat. 1284, provided that: "The amendments made by this Act [amending this section and section 1983 of Title 42, The Public Health and Welfare] shall apply with respect to any deprivation of rights, privileges, or immunities secured by the Constitution and laws occurring after the date of the enactment of this Act [Dec. 29, 1979]."

# CONCLUSIONS

The motion to dismiss completely fails, as no one has "seconded" the motion. Judges cannot second. There is no second because of an opposition being filed.

Assertions of the defense that Federal Tort Claims do not apply to government actors is erroneous under §1983 statute.

Mr. Khan's defenses are off point, misleading, and fail.

12(b) motions must be accompanied by the concurrent filing of an Affidavit when the motion if filed. Mr. Park and Mr. Khan know these rules, but failed to comply. The motion fails.

# RELIEF

Since I have not consented to the motion/demurrer, Court must deny with prejudice said motion.

Since the notice fails to state all the reasons contained within the motion itself, the motion fails.

This Court must deny said motion on the foregoing grounds, and citations.

Any relief that is supplemental to the above, or agreed to at the hearing.

**Under penalty of perjury, this _12_ day of April, in the Year of Our Lord, two thousand nineteen.**

joaquin andres acosta.

22

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Monique Gonzales

A true and correct copy of the foregoing document entitled (*specify*):  (3) copys
Joaquin andres Acosta: non-consent given, and declaration in opposition and exceptions to ANWER KHANS motion
to dismiss, memorandum of points and authorities,, and proposed order.

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:
   Joaquin andres Acosta: non-consent given, and declaration in opposition and exceptions to ANWER KHANS motion
   to dismiss, memorandum of points and authorities,, and proposed order.

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 04/12/2019 | Monique Gonzales | |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

23