1   Joaquin Andres Acosta

2   PO Box 2889

3   Big Bear Lake, California

4

5

6

7

8               District Court for the United States of America

9                   Central District of California

10  Joaquin Andres Acosta, my heirs,    Case No. 5:18-00369 CJC (ADS)
11  successors, assigns and agents

12  v.                        Joaquin Andre Acosta's

13  United States of America;       No Consent and rebuttal to:

14  U.S. Forestry San Bernardino National
15  Forest;

16  United States Attorney General;   "REPORT AND RECOMMENDATION OF

17                          UNITED    STATES   MAGISTRATE
     United States Deputy General Anwar
18  Kahn, and his domestic partner/spouse;   JUDGE"   FOR    DISMISSAL  OF

19  Mark R. Snyder, and his domestic   CASES"  INCLUDING  A  FEE
     partner/spouse;
20                          SCHEDULE   FOR  UNAUTHORIZED
     Eileen M. Decker, and her domestic
21  partner/spouse;              USE OF MY NAME; CERTIFICATE

22  Joseph B. Widman, and his domestic   OF SERVICE.
     partner/spouse;
23

24  Deveree Kopp, and her domestic
     partner/spouse;

25  unknown men/women, and each of their
26  assumed/presumed betrothed/presumed and
     or domestic partners who assisted the
     above identified individuals;
27  etc; etc; etc.

28                               Page 1 of 20

FILED

2019 MAY 28 PM 3:26

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY

1  Claimant Joaquin Andres Acosta, hereby states the following to Honorable Cormac J.
2  Carney, and sayeth the following, TO WIT:

3

4                                  **I - Introduction**

5  1.1 Joaquin Andres Acosta, takes special exception and do not consent to the
6  dismissal of any party, or the matter itself.

7

8  1.2 The picture of the case painted by Ms. Spaeth in her REPORT and
9  RECOMMENDATION is historically inaccurate, and left out several facts and
10 incidents where the case turns significantly in my favor.   I will not put up with any
11 more of me and my case  being hijacked by public servants. I will attempt to re-
12 draw the picture to be as historically correct as I  can, I'm sure that you will draw
13 a different conclusions than those you would have drawn,  if  the  recasting  of  the
14 drawing by me  had this not happened.

15

16 1.2 It is a terrible thing when persons who are elected or  appointed and obligated
17 under their Oath of Office to  protect their constituents and our  properties  actually
18 does the opposite.

19

20 1.3 Though she is obligated and holds an office of public trust and failed, I  am
21 deeply saddened by her actions that has lead us to this point in time. Without further
22 adieu we shall set about our task.

23

24 **II. Recasting of  the  Introduction and Summary of Recommendation - Corrections.**

25

26 2.1 (Paragraph 1 of Report) Claimant, Joaquin Andres Acosta, in spite and contrary

27

28                                  Page 2 of 20

1   to immunities given to me as "fire suppression personnel" by Congress at 36 C.F.R.

2   261.1(d), I was erroneously arrested, and issued a misdemeanor citation, and

3   despite prosecutors, and the Court being informed of the exemption/exception under

4   §261.1(d), at an arraignment that should never have happened, I was held for

5   trial for nearly two years, and suffered much emotional and mental anguish and

6   trauma over performing what is known as "good sumaritan" activities of doing

7   whatever it took to prevent over four hundred homes from a devastatingly huge

8   fire that ravaged hundreds of acres of forest, for performing this activity I should

9   have been given the "keys to the city" and "awards" and "compensation" for

10  having performed such valuable community service activity, but was not. Instead,

11  I was treated with hostility, by persons who were charged with "enforcing all of the laws of

12  the United States. Instead, they (U.S. Attorney General, Anwer Khan, Joseph B. Widman,

13  and Sheri Pym, and a host of others, Mark R. Snyder, Eileen M. Decker, Deveree Kopp) were

14  paid to deny me my liberty, by attempting to imprison me. Throughout the commencement

15  of the action in August 2015, through January 2017, these actors instead denied me

16  exercise of my rights (right to indictment, trial by jury, liberty, and the pursuit of

17  happiness) as identified in the Country's founding documents.

18

19  2.2 (Paragraph 2 of Report) Did not mention what purported torts were claimed.

20

21  2.3 (Paragraph 3 of Report) Three respondents (United States, United States Attorney,

22  The US Forestry San Bernardino, Mark R. Snyder, and Deveree Kopp) filed motions

23  to dismiss. No one seconded their motion. Their motion was not fully briefed. In

24  fact, after asking for two extensions and receiving them, the motion's notice is

25  fatally defective, as the notice did not comply with all of the elements required for

26  motions. The Notice also failed to set a certain date and time for the motion hearing

27

28                                    Page 3 of 20

1    and arguments. This motion was decided, and said proposed decision was wholly rejected

2    by Claimant[1], based on the flaws identified in the oppositions thereto; Then Respondent

3    Anwer Khan filed his motion to dismiss, which is essentially identical to the first one. This

4    motion was not seconded either. Claimant gave no permission and no consent was given

5    to terminate Mr. Khan's participation in the pending trial. The motion itself is flawed

6    as identified in the opposition thereto. This motion was decided, and said proposed decision

7    was wholly rejected by Claimant, as well;

8

9    2.4 (Paragraph 4 of the Report) It must be noted that The United States, United States

10   Attorney, US Forestry San Bernardino National Forest, Mark R. Snyder, and Deveree Kopp,

11   and Anwer Khan were properly served. What Ms. Spaeth left out is the facts that she ordered

12   AUSA Park to discover and inform Acosta as to Mr. Khan's address so he could be served,

13   since employees of the United States were secreting his whereabouts.

14

15   2.5 Each of the respondents/defendants have been sued in their individual capacities, not in

16   their official capacities. Therefore, there has been no need to file any claim under the

17   FEDERAL TORT CLAIMS ACT, as we're not holding the United States to make redress

18   _____

19       [1]California Constitution, Article VI, section 13: "Sec. 13 – Tribunals for conciliation
     may be established, with such powers and duties as may be prescribed by law; but such tribunals
20   shall have no power to render judgment to be obligatory on the parties, except they voluntarily
     submit their matters in difference, and agree to abide the judgment, or assent thereto in the
21   presence of such tribunal, in such cases as shall be prescribed by law." Please take note: Most
     persons believe that this 1849 Constitution was amended in 1879. This is untrue. Why?
22   Because Article X, required a vote by a majority of the (entire) members elected to each of the
     two houses. According to the California State Archivist, only seven members voted. Out of
23   nearly 108 members, this was not a majority. Next, Cal. Const. (1849) Article II, allowed only
     the following to vote: every white male citizen of the United States, and every white male citizen
24   of Mexico...shall be entitled to vote at all elections...". The vote to amend Comprised of Blacks,
     Chinese (yellow), Indian, Brown skinned mexicans, and brown skinned U.S. Citizens.
25   Therefore, the 1849 Constituton was never amended.

26

27

28                                    Page 4 of 20

1  to ACOSTA, as they must individually make ACOSTA whole for my sufferings caused by

2  these individuals stepping outside of their delegated duties.  None of the so-called tort claims

3  are to be dismissed.  Though Ms. Spaeth claims she gave orders to serve "all defendants",

4  she has no power to make any order she gives obligatory on me.  Article VI, section 13 of

5  the California Constitution.  She is not my master, nor master of the case, she is only to

6  arbitrate the matters when requested.  I have never requested her to arbitrate dismissals.

7
8

**Respondents/Defendants Sued Individually/Personally**
**Clerk failed to enter defaults when requested under Rule 55(a)**

9  2.6 In fact, since respondent/defendant Mark R. Snyder, Deveree Kopp and, Eileen Decker

10  being sued in their individual/personal capacities, they were served on 3/5/2018.

11
12  2.7 Mark R. Snyder,  was served the Summons and Claims on 3/5/2018.

13
14  2.8 Deveree Kopp, was served the Summons and Claims on 3/5/2018.

15
16  2.9 The United States, U.S. Attorney was served the Summonses and Claims on 3/6/2018.

17
18  2.10 According to AUSA Park, (in his motion for extension of 45 days time to answer (Dkt.

19  No. 18)) he represented that SNYDER and KOPP requested individual capacity

20  representation from the Attorney General or his delegate, he claims he was authorized to do

21  so on April 26, 2018.   Though we have asked Mr. Park for SNYDER and KOPP'S request,

22  and the Document authorizing him to represent SNYDER and KOPP in their personal

23  capacity, he has failed, refused and neglected to show the proof which would support his

24  claims.  Since Mr. Park has not provided a copy of said authorization to us, and have not

25  provided for the Court's file, we believe that the AG did not give permission for said

26  representation.  Under the Maxims of Law, what is not shown, is deemed not to exist.

27
28                              Page 5 of 20

1  2.11 Mr. Park never complied with the meet and confer, never gave five days notice,

2  and never delivered said motion to me/us. This motion was not seconded by any

3  person.

4

5  **PLEASE TAKE FURTHER NOTICE:** These aforementioned failures makes the

6  motion invalid.

7

8  2.12 I/we filed my "request for entry of default" against DECKER (Dkt. No. 20).

9

10  **PLEASE TAKE FURTHER NOTICE:** It must be known that the clerk mis-

11  identified on the docket my "request for entry of default" against DECKER as

12  "Motion to Enter Default".

13

14  **PLEASE TAKE FURTHER NOTICE:** It must be noted that said was the docket

15  entry on 5/9/18. Since then it has been amended to reflect the following: "Motion for

16  Clerk to Enter Default."

17

18  2.13 Docket entry number 21, states: PROOF OF SERVICE executed by Plaintiff

19  Joaquin Andres Acosta, upon Defendant Eileen M. Decker served on 3/6/2018,

20  answer due 5/7/2018.

21

22  2.14 On 6/19/2018, Mr. Park filed motions to dismiss (Dkt. No. 28) for UNITED

23  STATES, U.S. FORESTRY SAN BERNARDINO NATIONAL FOREST, and

24  without authorization or consent by the AG or his delegate erroneously filed a

25  motions to dismiss for SNYDER and KOPP. This motion turns in favor of

26  Claimant because this motion failed to strictly comply with motion and

27

28  Page 6 of 20

pleading requirements, as identified in the opposition (Dkt. No. , by failing to include a Date and Time for the hearing. It simply stated:

HEARING Date/Time
[UNDER SUBMISSION]

**PLEASE TAKE FURTHER NOTICE:** The motion is inadequate and fatally defective, and fails. Defaults were requested, denied and motions were filed and were never granted or denied. Thereby constituting denial of due process, obstruction of justice, denial of exercise of rights, privileges.

2.15 On 7/12/2018, Acosta filed a Motion to Strike, AUSA Mr. Park's Motion to Dismiss claims against US., US Attorney, US Forestry, Snyder and Kopp (Dkt. No. 28).

2.16 **PLEASE TAKE FURTHER NOTICE:** Civil Minutes General ("CMG"), dated November 15, 2018, purports to be an order denying Acosta's Motion to Strike. Though it has the words IT IS SO ORDERED, this CMG fails to be an official "court order" as it was not signed by a judicial officer, and can not be appealed. This is a failure to perform "ministerial duties," a breach of "ethics," and "denial of due process," and "denial of exercise of right" to an "interlocutory appeal."

**PLEASE TAKE FURTHER NOTICE:** Though Ms. Spaeth proposed to amend the complaint , it was inappropriate to do so until all the parties were served and had responded in some fashion. Though she does mention in fn 3, it is inapplicable, because it is not mandatory. I do not move, nor accept amending anytime someone sneezes. I'd rather slug the sneezer in the schnoz, then become subservient to every little woof or howl, that occurs. It was and is inappropriate to amend, especially

1   since as early as December 2018, all of the parties had not responded. Moreover,
2   Spaeth has failed to perform her obligations to protect me and my property rights
3   in the matter, pursuant her Oath of Office.

4

5   Though SPAETH seems the causes of action in the claim are ambiguous, that is only in her
6   mind. Yes, it's a mixed case. Rule 8 only requires a simple statement of the facts, not
7   an exhaustive one. Especially as the parties are known to each other, and was not some
8   remote incident with unknown parties. Snyder, as an LE, is required to file an honest
9   report. Since Snyder cited me for 36 C.F.R. 261.9, he knew or should have
10  known the exception for fire suppression at 261.1(d). Knowing and having been
11  trained in section 261.9, when he filed his report, it was false, knowing the exception
12  to prosecution is mandatory. Therefore, he lied, and must be penalized, punished, and
13  imprisoned.

14

15  PLEASE TAKE FURTHER NOTICE: The Penal Code, subjects all to it, and does
16  not have any exceptions as to who may prosecute such crimes. In fact, those
17  persons knowledgeable in the law are to do so, not just federal, state, county or city
18  employees. This is specially true, that We the People have the obligation to perform
19  prosecutions when our public servants fail to do the job, as we have a vested right in doing
20  so. Sadly, we must take charge of our errant public servants, as many of our public
21  servants care not to police their own ranks, since to punish, would mean having
22  to fire, hire and train new employees, something which government does not like to
23  do...they'd simply like usual, just keep to the thin blue line. This "thin blue line"
24  is totally unacceptable, and will not be tolerated.

25

26  PLEASE TAKE FURTHER NOTICE: Civil Minutes - General, are not court orders

27

28                                  Page 8 of 20

1   at all, and will not be taken as a court order, as one can not, and the appeal court

2   does not allow Civil Minutes-General to be appealed.  When SPAETH and every other

3   judicial officer actually furnishes a signed order for every motion, that is appealable,

4   then such order may be complied with. But until that time, NO. Ms. SPAETH has done

5   everything she can do prevent "interlocutory appeals" in this matter.

6

7   PLEASE TAKE FURTHER NOTICE: That however beguiling SPAETH acted towards me

8   at hearings, with her beauty, charm, to get me to purportedly agree, there was "an offer," but

9   never any "meeting of the minds, consideration, capacity (as I'm slow and need to take time

10   to think am i capable at every moment), legality," and certainly no "acceptance", as I put my

11   non-consent/acceptance in writing to her before, and after the hearings (the "with action")(re:

12   pages 4-5 of REPORT).

13

14   PLEASE TAKE FURTHER NOTICE: The proposed deadlines to service were impossible,

15   not knowing the addresses to each of the intended respondents. Therefore, out of necessity,

16   the purported deadlines were rejected, as placed in writing.

17

18   PLEASE   TAKE   FURTHER   NOTICE:   Re   the   Unnamed   domestic

19   partners/spouses/betrotheds.  Claimant has no address for serving any of the "domestic

20   partners/spouses/betrotheds.  Therefore, until such time as their addresses are ascertained,

21   they can not be served, and is reserved to future service.

22

23   PLEASE TAKE FURTHER NOTICE (again): re Penal Code section 118.1, does not have

24   any exceptions to any person, man/woman from prosecuting these types of crime. The penal

25   code has no exceptions, every person is subject to it...and any person can prosecute, that is

26   knowledgeable.   Though we know most judicial officers do not like anyone except

27

28                                      Page 9 of 20

1  government to prosecute crimes, you only carry on so as not to be prosecuted yourselves,
2  form crimes government personnel commit.  Another "thin blue line" line of crap.

3
4
5  PLEASE TAKE FURTHER NOTICE: Re: Meet and Confers. Though SPAETH puts words
6  not spoken into my mouth and the record "Plaintiff objects that the Moving defendants failed
7  to sufficiently meet and confer with him prior to filing...". was not written.  There was no
8  meet and confer, PERIOD.
9
10  PLEASE TAKE FURTHER NOTICE: The United States is a person, under the Organic Act
11  of 1871, placing the current government offices and agencies under a federal corporation.
12  Therefore, the United States under a corporation has no immunities, and thereupon
13  employees have no immunity, hence, there's no valid argument or requirement to perform
14  any exhuastion under 1983, as 1983 contains no exhaustion requirements.
15
16  PLEASE TAKE FURTHER NOTICE: re Standard of Review.  Rule 12(b) motions require
17  evidence supporting Rule 12 motions.  In all of the motions to dismiss, Each of the moving
18  parties failed to support said motions with affidavits/declarations.  Therefore, the motions
19  having no evidence fails. Claimants demonstrated that the Court has jurisdiction under 1983
20  actions because Congress established said jurisdicition in the federal and state courts, to any
21  aggrieved person who is a citizen.  SPAETH ARGUMENTS FAIL.
22
23  PLEASE TAKE FURTHER NOTICE: Though SPAETH furnished a hodge podge amount
24  of court cases, they are inapplicable under the totality of circumstances; and, because each
25  of the respondents have failed to strictly comply with the federal civil rules of procedure.
26  There can not be two ways to challenge subject matter jurisdiction when a responding party
27
28                                    Page 10 of  20

1    failed, refused and neglected to strictly comply with rules of procedure.  We can not move

2    to the next step of going to "proving any set of facts" either, as each of the respondents made

3    fatal errors in their motions to dismiss.

4

5    **RESPONDENTS PRESENTED MATTERS OUTSIDE THE PLEADINGS IN**
     **THEIR MOTIONS, THEREBY MAKING THEIR MOTIONS MOOT**

6

7    PLEASE TAKE FURTHER NOTICE: Rule 7(b)(1)(B).   In fact, each of the respondents,

     presented matters outside of the pleadings.  For example, under Rule 7(b)(1)(B) pertaining
8
     to FORMS OF MOTIONS and OTHER PAPERS, it requires the moving party : "state with
9
     particularity the grounds for seeking the order."
10

11
     PLEASE TAKE FURTHER NOTICE: Rule 8(b)(1): In responding to a pleading, a party
12
     must:
13
              Subsection (A) state in short and plain terms its defenses to each claim asserted
14
              against it;
15
              8(b)(2): a denial must fairly respond to the substance of the allegation.
16

17
     Under each of the Respondents motions to dismiss, each failed to state their defenses
18
     to each claim asserted against them.   That is, failed  as  to having not demonstrated the
19
     court had no jurisdiction, and failed completely as to the factual and  facial attack strategies
20
     under 12(b)(1);
21

22
                         **The Bell Atlantic Corp v. Twombly Case Fails**
23

24
     **Under the rules of civil procedure, only a simple "plain statement of facts" is**
25
     **necessary.  Though the court required Heightened pleading** standard in Bell Atlantic,
26
     is has no value whatsoever.  In fact, we believe that Bell Atlantic was to give judges more
27

28                                      Page 11 of  20

latitude so as to get rid of cases, because it would be up to the judge to decide whether said pleading was "plausible," instead of the Jury !  This purported "heightened pleading if required, would be set forth under Rule 8.

**PLEASE TAKE FURTHER NOTICE:** Federal Rule of Civil Procedure, 8 provides:

> Rule 8. General Rules of Pleading
>
> (a) Claim for Relief. A pleading that states a claim for relief must contain:
>
> (1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;
>
> (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and
>
> (3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

**PLEASE TAKE FURTHER NOTICE:** If heightened pleading standard were to be applicable, Rule 8 should have been amended to show "heightened pleading standards, and plausibility is solely to be determined by the judicial officer. However, these are not the case here; and, there is no exceptions under subsection (a)1, (a)(2), and (a)(3) and none exists !

PLEASE TAKE FURTHER NOTICE: I believe several things about Ms. Spaeth: (1) She was inebriated throughout the entire case concerning motions; (2) If she was inebriated, she was high on (a)herself and (b) intoxicants/liquor and hides it; (3) She is incompetent; (4) She does not care what the rules of procedure require !   I'm

1   probably right on all four accounts.

2

3   **PLEASE TAKE FURTHER NOTICE:** I'm sick and tired of judicial officers

4   attempting to subvert justice ! I will not tolerate any more aberrant behavior and

5   aberrations from you all !

6

7   **PLEASE TAKE FURTHER NOTICE:** Though SPAETH has put forth Doe v. United

8   States, though the appeals court stated: "Courts, however, "are not bound to accept as true

9   a legal conclusion couched as a factual allegation."   This may be true, but judges may not

10  simply dismiss such factual allegations as that is the domain left to Trial by a Jury !

11  ANOTHER OFF POINT CASE !

12

13  PLEASE TAKE FURTHER NOTICE: Federal employees sued in their individual/personal

14  capacities are not shielded by immunity when they step outside of their scope of employment.

15  Certainly when SNYDER, PYM, KHAN, DECKER filed charges, they as employees of the

16  United States Attorneys Office, Department of Justice, they are charged with upholding all

17  of the laws of the United States.   They can not pick and choose which sections/subsections

18  of the law to use, and those to ignore, which they did.  Under these circumstances,  When

19  they entirely ignored 36 C.F.R. 261.1(d), they were outside of their scope of employment.

20

21  PLEASE TAKE FURTHER NOTICE: Certainly, 28 U.S.C. 2679(b)(1) is inapplicable

22   under the totality of circumstances, as these employees were not acting within the scope

23  of their employment.  They can not pick and chose which laws to enforce, they must enforce

24  and abide by all...good or bad.  They chose to ignore, placing themselves outside of the

25  Federal Tort Claims Act, and outside of their immunities.  Though the United States is a

26  party, and defaulted.  There is no excuse to protect persons committing egregious violations

27

28                                    Page 13 of 20

of law, custom, and morals, as well as violating their Oaths of Office. They actually committed treason. Should we just get a jury to decide to put the noose around their necks ? My vote is YES !

PLEASE TAKE FURTHER NOTICE: Federal Courts have jurisdiction over claims asserted against employees of the united States, whether "within their scope of employment" or "when they exceed their scope of jurisdiction."

PLEASE TAKE FURTHER NOTICE: Section 1983 claims have no exhaustion requirement, neither do common law claims against United States employees who exceeded their scope of employment.

PLEASE TAKE FURTHER NOTICE: Mr. Casey is not a part of the case, and has no authority to seek intervention in the matter, as the employees exceeded their scope of employment.

PLEASE TAKE FURTHER NOTICE: Mr. Casey, has not filed any motions to intervene for any of the individuals sued in their individual/personal capacity. Therefore, he has no standing to testify, or furnish any report, declaration whatsoever.

PLEASE TAKE FURTHER NOTICE: referring to Report section E. Plaintiff's 42 U.S.C. 1983.

> cf. Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the

Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

**False Arrest**, is a violation of 1983, inasmuch as 1983 provides for redress for any color of any statute, ordinance, regulation, custom, or usage.  The arrest was false as 261.1(d) did not allow fire suppression activities are not an offense.

**Deprivation of Rights to Trial by Jury**, is a violation of 1983, inasmuch as 1983 provides for redress "for deprivation of any rights, privileges, or immunities secured by the Constitution and laws."  Clearly denial of "Trial by Jury" is a constitutional deprivation, under the federal constitution.

 **Deprivation of Rights to a Speedy Trial**, is a violation of 1983, inasmuch  as 1983 provides for redress "for deprivation of any rights, privileges, or immunities secured by the Constitution and laws."  Clearly denial of "Trial by Jury" is a constitutional deprivation, under the federal and California constitutions.

**Malicious Prosecution, is** a violation of 1983, inasmuch as 1983 provides for redress, as defendants, and Judicial Officer, allowed prosecution to continue, knowing the exception 261.1(d) being the immunity/privilege of being prosecuted under 261.9.  This was known to all parties being sued at the just prior to Arraignment.  Clearly, none of them complied with

1  261.1(d), and maliciously prosecuted the case.

2

3  **Commencement of a False Action** by drafting the Notice to Appear and in the LE'S daily

4  report of the incident, LE knew of the exception, therefore, when the United States Attorneys

5  kept moving the case forward, after learning about the 261.1(d) exception, the whole matter

6  was commenced under fraudulent conditions.

7

8  **PLEASE TAKE FURTHER NOTICE:** Since the current government is acting as a

9  federal corporation, under the Organic Act of 1871, the government actors, concerned have

10  no immunity from prosecution, as when a government acts in a corporate capacity, which it

11  has been doing since 1871's enactment, the United States and its employees lost their so-

12  called sovereign immunity.  Stop giving me this line of BS !

13

14  **PLEASE TAKE FURTHER NOTICE:** The commonly known  definition of word

15  STATE (Webster's Dictionary 1828) which Congress understood the term when it enacted

16  the ORGANIC ACT OF 1871,  means:

17

18    **DEFINITION OF THE TERM "STATE":**

19    "A political body, or body politic; the whole body of people united under one

20    government, whatever may be the form of the government."

21

22  **PLEASE TAKE FURTHER NOTICE:** Congress enacted The Civil Rights Act of 1871,

23  and used the term STATE to encompass the federal government, as well as state

24  government actors.  The codified Section 1983 known today, does not have any

25  exceptions to federal  government employees, except judges.

26

27

28

1   **PLEASE TAKE FURTHER NOTICE:** Just because the supreme Court in Billings stated

2   "Section 1983 'provides no cause of action against federal agents acting under color of

3   federal law" is highly misguided, in that no one brought forth the eighteenth century's

4   definition of the term STATE.  These cases are highly flawed.  Same with Daly-Murph,

5   Givson, are highly flawed as well, as no one plead "acting outside their scope of

6   employment."

7

8   **PLEASE TAKE FURTHER NOTICE:**  That SPAETH has not given us any authorities

9   in direct opposition to the word STATE, as used in 1983 !  She has not, nor have the

10  defendants provided any superior authorities.  Their arguments concerning 1983 are moot,

11  flawed, and wholly inadequate, and fails.

12

13  **PLEASE TAKE FURTHER NOTICE:** Though SPAETH mentions BIVENS claims are

14  not actionable, she attempted to get me to amend claims to be "in the nature of a bivens

15  action."  Here, she's shown her colors, MAINTAIN THE THIN BLUE LINE.  FTS !

16

17  **PLEASE TAKE FURTHER NOTICE:** Though  SPAETH  has  attempted  to  make

18   me  out  as  the  errant  SERF,  her  status  and  rank  is  not  higher  than mine.  In  fact,

19  like  you,  you  have  an  obligation  to  me  when  you  took  the  oath  of  office,  which  is

20  a  quid  pro  quo  contract.  If  you  do  not  feel  obligated  to  protect  me,  my  rights,  my

21  person,  and  my  property,  perhaps  you  took  the  MASONIC  OATH,  and  perhaps  to

22  took  THE  PRAYER  OF  KOL  NIDRE.  I  hope  you  do  not  belong!

23

24  PLEASE  TAKE  FURTHER  NOTICE:  Though  SPAETH  spews  for  thirty  one  pages,

25  fundamentally,  her  REPORT  and  RECOMMENDATIONS  are  flawed,  and  inadequate,

26  similar  to  her  comrades,  and  must  not,  and  shall  not  be  taken  as  truthful,  or  correct  or  relied

27

28                                                        Page 17 of  20

on !

**PLEASE TAKE FURTHER NOTICE:** I do not consent to dismissing, terminating any of the identified respondents/defendants, nor to dismissing/terminating any of the causes of action, on the grounds set forth above, I also make reference to and incorporate all objections, replies, and supplemental defenses to each of the motions to dismiss, provided by AUSA park.

PLEASE TAKE FURTHER NOTICE: If it arises that you or any judge dismisses/terminates/cancels the matter and the defendant parties, it will be your admission to all of the following, as you hold a fiduciary position under public trust:

> YOU, and any other magistrate and judge assigned to this matter, terminates any of my commands, claims, parties, you assent, consent and agree to be liable to me, for all the damages caused by each of the defendant parties. YOU further waive any immunity under federal tort claims act, and any other type of immunity granted by congress, and to being prosecuted criminally by me in my individual Sovereign capacity for errant servants including, but not limited to being sued civilly. You further assent, consent and agree that you will not, must not and shall accept process, and waive service, notice, and that any/all of your property, wherever said property(ies) held by you, for you, may be non-judicially foreclosed upon up to the full amount of damages set forth in my claims. You further consent to you and your property having liens placed on said property without notice, and shall be binding until all arrearages, including interest rates of 10% compounded daily, per year, until satisfaction has been made. You further assent, consent and agree to pay me $500,000 if you should use my name, identity, person without my express written

permission, being obtained prior to said use.  Said fees shall be per use.  If you use my name, identity without authorization four times in a document, that means you'd owe me two million dollars.  Any unpaid balances acquire 10% interest per month until paid in full.

This twenty-seventh day of May, in the Year of Our Lord, two-thousand nineteen.

Joaquin Andres Acosta.

Page 19 of 20

1

## Certificate of Service

2

3   I, _Henry Rivas_ certify that I personally served:

4

5   Joaquin Andre Acosta's No Consent and rebuttal to:

6

7   "REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE"

8   FOR    DISMISSAL    OF    CASES" INCLUDING A FEE SCHEDULE    FOR

9   UNAUTHORIZED USE  OF  MY  NAME; CERTIFICATE OF  SERVICE.

10

11   on the Clerk/deputy clerk of the Court.  The clerk must and will serve the parties through

12   the Court's NOTICE OF ELECTRONIC filing system.

13

14   This twenty-seventh day of May, in the Year of Our Lord, two-thousand nineteen.

15

16

17   Person  serving  documents  signature.

18

19

20

21

22

23

24

25

26

27

28                                Page 20 of  20