UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JOAQUIN ANDRES ACOSTA, | Case No. 5:18-00369 CJC (ADS) |
|---|---|
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, the Report and Recommendation of the assigned United States Magistrate Judge dated May 7, 2019, [Dkt. No. 92], and Plaintiff's May 28, 2019 filing entitled, "No Consent and Rebuttal to Report and Recommendation of United States Magistrate Judge for Dismissal of Cases Including a Fee Schedule for Unauthorized Use of My Name" [Dkt. No. 94]. After thorough analysis and consideration of the Report and Recommendation as well as Plaintiff' response thereto, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 92], is accepted;

2. The case is dismissed with prejudice; and

3. Judgment is to be entered accordingly.

Dated: June 6, 2019

_____
THE HONORABLE CORMAC J. CARNEY
United States District Judge