UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN ANDRES ACOSTA, | Case No. 5:18-00369 CJC (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

Dated: June 6, 2019

_____
THE HONORABLE CORMAC J. CARNEY
United States District Judge