FILED

AUG 21 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOAQUIN ANDRES ACOSTA, | No. 19-55812 |
| Plaintiff-Appellant, | D.C. No. 5:18-cv-00369-CJC-ADS Central District of California, Riverside |
| v. | |
| UNITED STATES OF AMERICA; et al., | ORDER |
| Defendants-Appellees. | |

Before: Peter L. Shaw, Appellate Commissioner.

The motion to proceed in forma pauperis (Docket Entry No. 3) is granted. The Clerk shall amend the docket to reflect this status.

The opening brief is due October 9, 2019; the answering brief is due November 8, 2019; and the optional reply brief is due within 21 days after service of the answering brief.

Because appellant is proceeding without counsel, the excerpts of record requirement is waived. *See* 9th Cir. R. 30-1.2. Appellees' supplemental excerpts of record are limited to the district court docket sheet, the notice of appeal, the judgment or order appealed from, and any specific portions of the record cited in the answering brief. *See* 9th Cir. R. 30-1.7.

SM/MOATT